| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____  Chapter **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**          **Carolina's Contracting, LLC**

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)          **80-0895038**

4. **Debtor's address**

   **Principal place of business**

   **2861 Shilo Church Road**
   **Davidson, NC 28036**
   Number, Street, City, State & ZIP Code

   **Cabarrus**
   County

   **Mailing address, if different from principal place of business**

   **P.O. Box 964**
   **Granite Quarry, NC 28072**
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)          **https://www.carolinascontractingllc.com/**

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor   **Carolina's Contracting, LLC**                                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor  **Carolina's Contracting, LLC**                                Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

---

**11.  Why is the case filed in**    *Check all that apply:*
**this district?**

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**      ■ No
**have possession of any**
**real property or personal**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
                        **Why does the property need immediate attention?** (*Check all that apply.*)

                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                            What is the hazard? _____

                        ☐ It needs to be physically secured or protected from the weather.

                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                        ☐ Other _____

                        **Where is the property?** _____
                                        Number, Street, City, State & ZIP Code

                        **Is the property insured?**

                        ☐ No

                        ☐ Yes.   Insurance agency _____
                                Contact name _____
                                Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of**    .   *Check one:*
**available funds**
                        ■ Funds will be available for distribution to unsecured creditors.

                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Carolina's Contracting, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2025**
MM / DD / YYYY

**X /s/ Louis Keyo Matthews, Sr.**
Signature of authorized representative of debtor

**Louis Keyo Matthews, Sr.**
Printed name

Title    **Member/Manager**

**18. Signature of attorney**

**X /s/ Dirk W. Siegmund**
Signature of attorney for debtor

Date    **April 28, 2025**
MM / DD / YYYY

**Dirk W. Siegmund 20796**
Printed name

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
Firm name

**305 Blandwood Ave**
**Greensboro, NC 27401**
Number, Street, City, State & ZIP Code

Contact phone    **336-274-4658**      Email address

**20796 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2025**          *X* **/s/ Louis Keyo Matthews, Sr.**
                                              Signature of individual signing on behalf of debtor

                                              **Louis Keyo Matthews, Sr.**
                                              Printed name

                                              **Member/Manager**
                                              Position or relationship to debtor

4/28/25  3:37PM

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Carolina's Contracting, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Carolina Drilling, Inc. 326 Railroad St. Mocksville, NC 27028** | | | | | | **$1,227,708.67** |
| **Pomona Supply Company dba Pomona Pipe Products 4611 Dundas Dr. Greensboro, NC 27407** | | | **Contingent Unliquidated** | | | **$974,662.35** |
| **Ferguson Waterworks PO Box 100286 Atlanta, GA 30384-0286** | | | **Contingent Unliquidated** | | | **$947,457.94** |
| **Advanced Site environmental solutions 9815 Sam Furr Rd. STE JPMB #109 Huntersville, NC 28078** | | | **Contingent** | | | **$724,976.09** |
| **STAline Waterworks, Inc. PO Box 242016 Charlotte, NC 28224** | | **Vendor** | | | | **$527,358.90** |
| **Melcar, Ltd PO Box 271 Washington, NJ 07882** | | | **Contingent Unliquidated** | | | **$404,600.00** |
| **Equipment Share PO Box 650429 Dallas, TX 75265-0429** | | | **Contingent Unliquidated** | | | **$364,096.87** |

Debtor **Carolina's Contracting, LLC**   Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Core & Main 1830 Craig Park Court Saint Louis, MO 63146** | | **Vendor** | **Contingent Unliquidated** | | | **$286,045.35** |
| **S&S Retaining Walls, Inc. 4107 Cahnnas Way Waxhaw, NC 28173** | | | **Contingent Unliquidated Disputed** | | | **$257,809.44** |
| **L.B. Foster Company dba CXT PO Box 676208 Dallas, TX 75267-6208** | | | | | | **$243,223.27** |
| **Cadence Petroleum Group P.O. Box 601872 Charlotte, NC 28260** | | **Vendor** | | | | **$241,747.42** |
| **Vulcan Construction Materials, LLC P.O. Box 101131 Atlanta, GA 30392-1131** | | **Vendor** | **Contingent Unliquidated** | | | **$240,628.93** |
| **Bank of America P.O. Box 660441 Dallas, TX 75266-0441** | | **Credit Card** | | | | **$228,397.73** |
| **Linder Industrial Machinery PO Box 7436637 Atlanta, GA 30374-3637** | | | | | | **$207,275.86** |
| **Ricasha, Inc. PO Box 1771 Robbinsville, NC 28771** | | | **Contingent Unliquidated** | | | **$181,500.00** |
| **Komatsu Financial 8770 W. Bryn Mawr Avenue Suite 100 Chicago, IL 60631** | | **2022 Komatsu PC 210 (value $200,000.00) Vin # C82035**<br><br>**2022 Komatsu PC290 (value $250,000.00) Vin # A28553**<br><br>**2022 Komatsu PC210 (value $200,000.00** | | **$826,695.90** | **$650,000.00** | **$176,695.90** |

Debtor  **Carolina's Contracting, LLC**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Libertas Funding, LLC**<br>**411 West Putnam Ave, Suite 220**<br>**Taftville, CT 06380** | | **Agreement of Sale of Future Receipts** | | **$161,000.00** | **$0.00** | **$161,000.00** |
| **Martin Marietta**<br>**P.O. Box 30013**<br>**Raleigh, NC 27622-0013** | | **Vendor** | **Contingent Unliquidated** | | | **$151,320.54** |
| **John Deere Financial**<br>**6400 NW 86th Street**<br>**Johnston, IA 50131** | | **2021 John Deere 700L**<br>**Vin # 1T0700LXCPF439 983** | | **$319,962.83** | **$175,000.00** | **$144,962.83** |
| **Komatsu Financial**<br>**8770 W. Bryn Mawr Avenue Suite 100**<br>**Chicago, IL 60631** | | **2023 Komatsu PC210 (value $200,000.00)**<br>**Vin # C82395**<br><br>**2023 Komatsu PC210 (value $200,000.00)**<br>**Vin # C82533** | | **$527,300.70** | **$400,000.00** | **$127,300.70** |

4/28/25  3:37PM

**Fill in this information to identify the case:**

Debtor name   **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................. $     **31,405,291.49**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $     **31,405,291.49**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **16,525,664.07**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **9,416,858.45**

4. Total liabilities .........................................................................................................
Lines 2 + 3a + 3b

$     **25,942,522.52**

**Fill in this information to identify the case:**

Debtor name    **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Bank of America** | **Checking** | **0619** | $630.17 |
| 3.2. **Bank of America** | **Checking** | **2863** | $734.31 |
| 3.3. **SouthState balance is (-3,286.05)** | **Checking** | **5598** | $0.00 |
| 3.4. **SouthState** | **Checking** | **8879** | $95,793.41 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $97,157.89 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **Carolina's Contracting, LLC**          Case number *(If known)* _____
_____
Name

---

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | **2,072,789.62** | - | **0.00** | = .... | **$2,072,789.62** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **7,590,386.15** | - | **0.00** | =.... | **$7,590,386.15** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | **$9,663,175.77** |

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** **11 Laptops $1,000 each =$11,000** **40 Tablets $1,000 each= $40,000** **2 Drones $5,000 each= $10,000** | **$61,000.00** | Liquidation | **$61,000.00** |

---

Debtor    **Carolina's Contracting, LLC**                          Case number *(If known)* _____
          Name

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.     **Total of Part 7.**

       Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$61,000.00** |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**

       ■ No

       ☐ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

       ■ No

       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.

    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2019 Chevrolet Silverado 1500**<br>      **Vin # 3GCUYDED1KG229413** | $27,000.00 | Liquidation | $27,000.00 |
| 47.2.   **2019 RAM 2500**<br>      **Vin # 3C6UR5NL0KG601163** | $52,000.00 | Liquidation | $52,000.00 |
| 47.3.   **2020 Chevrolet Silverado 1500**<br>      **Vin # 3GCUYEED9LG181585** | $35,000.00 | Liquidation | $35,000.00 |
| 47.4.   **2020 Chevrolet Silverado 1500**<br>      **Vin # 1GCRYDED5LZ136689** | $25,000.00 | Liquidation | $25,000.00 |
| 47.5.   **2021 Chevrolet Silverado 1500**<br>      **Vin # 3GCPYFED5MG417444** | $33,000.00 | Liquidation | $33,000.00 |
| 47.6.   **2021 Ford F-250 Super Dut King Ranch**<br>      **Vin # 1FT8W2BT0MEE02775** | $64,000.00 | Liquidation | $64,000.00 |
| 47.7.   **2021 Chevrolet Silverado 1500**<br>      **Vin # 1GCPYFEDXMZ286821** | $34,000.00 | Liquidation | $34,000.00 |
| 47.8.   **2023 Chevrolet Silverado**<br>      **Vin # 1GC4YNE74PF183293** | $49,000.00 | Liquidation | $49,000.00 |

Debtor   **Carolina's Contracting, LLC**
Name

Case number *(If known)* _____

| | | | | | |
|---|---|---|---|---|---|
| 47.9. | **2023 Chevrolet Suburban**<br>**Vin # 1GNSKCKD2PR431005** | **$60,000.00** | **Liquidation** | | **$60,000.00** |
| 47.10. | **2023 Mercedes-Benz GLB-Class**<br>**Vin # W1N4M4GB8PW313074** | **$31,000.00** | **Liquidation** | | **$31,000.00** |
| 47.11. | **2023 Chevrolet Silverado**<br>**Vin # 1GCRABEK6PZ262606** | **$34,000.00** | **Liquidation** | | **$34,000.00** |
| 47.12. | **2021 Chevrolet Silverado 1500**<br>**Vin # 1GCPYFED4MZ439838** | **$34,000.00** | **Liquidation** | | **$34,000.00** |
| 47.13. | **2019 Chevrolet Silverado 1500**<br>**Vin # 1GCUYDED4KZ130133** | **$25,000.00** | **Liquidation** | | **$25,000.00** |
| 47.14. | **2018 Chevrolet Silverado 1500**<br>**Vin # 2GCVKREC9J1103589** | **$22,000.00** | **Liquidation** | | **$22,000.00** |
| 47.15. | **2019 Chevrolet Silverado 1500**<br>**Vin # 3GCPWCED9KG106486** | **$25,000.00** | **Liquidation** | | **$25,000.00** |
| 47.16. | **2024 Chevrolet Silverado 3500**<br>**Vin # 1GB4YTE72RF113299** | **$55,000.00** | **Liquidation** | | **$62,516.03** |
| 47.17. | **2024 Chevrolet Silverado 3500**<br>**Vin # 1GN4YTE77RF115209** | **$55,000.00** | **Liquidation** | | **$55,000.00** |
| 47.18. | **1995 Mack RD688 Rollback**<br>**Vin #1M2P267C4SM023574** | **$20,000.00** | **Liquidation** | | **$20,000.00** |
| 47.19. | **1996 Great Dane Dry Van**<br>**Vin # 1GRAA9629TS065006** | **$7,500.00** | **Liquidation** | | **$7,500.00** |
| 47.20. | **1996 Great Dane Dry Van**<br>**Vin # 1GRAA9625TS065004** | **$7,500.00** | **Liquidation** | | **$7,500.00** |
| 47.21. | **1997 Great Dan Dry Van**<br>**Vin # 1GRAA9624VS007503** | **$7,500.00** | **Liquidation** | | **$7,500.00** |
| 47.22. | **1997 Great Dane Dry Van**<br>**Vin # 1GRAA9620VS007501** | **$7,500.00** | **Liquidation** | | **$7,500.00** |
| 47.23. | **1997 Great Dane Dry Van**<br>**Vin # 1GRAA9621VS007507** | **$7,500.00** | **Liquidation** | | **$7,500.00** |
| 47.24. | **1998 Isuzu Box Lube Truck**<br>**Vin # JALF5A120W3700947** | **$11,770.00** | **Liquidation** | | **$11,770.00** |

Debtor    **Carolina's Contracting, LLC**
          Name                                                    Case number *(If known)*

| 47.25 | **1998 Peterbuilt 378**<br>**Vin # 1XPFDB9X5WN469136** | **$80,200.00** | Liquidation | **$80,200.00** |
|---|---|---|---|---|
| 47.26 | **1999 Kenworth T800**<br>**Vin # 1NKDLB0X8XJ818905** | **$28,750.00** | Liquidation | **$28,750.00** |
| 47.27 | **2004 Eager Beaver 55 Lowboy**<br>**Vin # 112SD55234L068353** | **$28,000.00** | Liquidation | **$28,000.00** |
| 47.28 | **2003 International 4400 Dump Truck**<br>**Vin # 1HTMSAAR03J06561** | **$26,500.00** | Liquidation | **$26,500.00** |
| 47.29 | **2005 Talbert 51 ton lowboy trailer**<br>**Vin # 40FS0513751024258** | **$33,200.00** | Liquidation | **$33,200.00** |
| 47.30 | **2005 Peterbilt**<br>**Vin # IXPBEX25V863351** | **$69,000.00** | Liquidation | **$69,000.00** |
| 47.31 | **2006 International Rollback**<br>**Vin # 1HTMKAAN86H236615** | **$25,169.00** | Liquidation | **$25,169.00** |
| 47.32 | **2006 Kenworth T800**<br>**Vin # 1XKDPBTX16J990147** | **$63,000.00** | Liquidation | **$63,000.00** |
| 47.33 | **2006 International 4200 Water Truck**<br>**Vin # 1HIMPAFP66H336563** | **$47,000.00** | Liquidation | **$47,000.00** |
| 47.34 | **2007 Kenworth T300**<br>**Vin # 2NKMHD6XX7M165121** | **$54,975.00** | Liquidation | **$54,975.00** |
| 47.35 | **2007 Kenworth T800**<br>**Vin # 1XXKDDN9X07R168880** | **$59,000.00** | Liquidation | **$59,000.00** |
| 47.36 | **2009 International Service Body**<br>**Vin # 1HTWGAAR69J160595** | **$24,500.00** | Liquidation | **$24,500.00** |
| 47.37 | **2011 International Prostar Dump Truck**<br>**Vin # 1HSDJST2BJ385911** | **$18,500.00** | Liquidation | **$18,500.00** |
| 47.38 | **2012 International Terastar Box Truck**<br>**Vin # 1HTJSSKK4CJ664862** | **$16,000.00** | Liquidation | **$16,000.00** |
| 47.39 | **2012 Trail King Trailer**<br>**Vin # 1TKA04822CM066637** | **$39,750.00** | Liquidation | **$39,750.00** |
| 47.40 | **2013 Freightliner M2106**<br>**Vin # 1FVACWDT7DHFA6406** | **$49,500.00** | Liquidation | **$49,500.00** |

Debtor      **Carolina's Contracting, LLC**                          Case number *(If known)* _____
              Name

| | | | | |
|---|---|---|---|---|
| 47.41· | **2014 Dodge Ram 5500**<br>**Vin # 3C7WRMEK8EG116501** | **$42,324.21** | Liquidation | **$42,324.21** |
| 47.42· | **2016 Hundson Trailer**<br>**Vin # 10HHTMBG0E2000044** | **$10,000.00** | Liquidation | **$10,000.00** |
| 47.43· | **2015 GMC C3500**<br>**Vin # 1GD411CG2FF628821** | **$10,000.00** | Liquidation | **$10,000.00** |
| 47.44· | **2016 International 5900i**<br>**Vin # 3HTNUAPR8GN2144** | **$56,500.00** | Liquidation | **$56,500.00** |
| 47.45· | **2018 Chevrolet Silverado 1500**<br>**Vin # 3GCOCREH3JG497129** | **$36,323.00** | Liquidation | **$36,323.00** |
| 47.46· | **2018 Ford F350 Dually**<br>**Vin # 1FT8W3DT9JEB37627** | **$48,000.00** | Liquidation | **$48,000.00** |
| 47.47· | **Ford F750 Fuel Truck**<br>**Vin # 1FDXK74N9GVA47592** | **$10,000.00** | Liquidation | **$10,000.00** |

48.      **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
         floating homes, personal watercraft, and fishing vessels

49.      **Aircraft and accessories**

50.      **Other machinery, fixtures, and equipment (excluding farm**
         **machinery and equipment)**

| | | | |
|---|---|---|---|
| **50 HiperVR-DualKit (DUHF) Receiver &**<br>**FC-500-DualKit (DUHF) Data Collector**<br>**($5,000.00 each)** | **$250,000.00** | Liquidation | **$250,000.00** |
| **5 FC-500-DualKit (DUHF) Data Collector**<br>**($5,000.00 each)** | **$25,000.00** | Liquidation | **$25,000.00** |
| **2 FC-5000-DualKit (DUHF)- Data Collector**<br>**($5,000.00 each)** | **$10,000.00** | Liquidation | **$10,000.00** |
| **10 FC-6000-DualKit (DUHF)- Data Collector** | **$50,000.00** | Liquidation | **$50,000.00** |
| **2 HiperVR-DulaKit (DUHF)- Receiver ($5,000.00**<br>**each)** | **$10,000.00** | Liquidation | **$10,000.00** |
| **2 DualKit (DUHF)- DJIPHANTOM ($5,000.00**<br>**each)** | **$10,000.00** | Liquidation | **$10,000.00** |
| **2011 Dosan DX225 Excavator**<br>**Vin # B93A325ET03009186**<br>**(cost more to fix than it's worth)** | **$0.00** | Liquidation | **$0.00** |

Debtor     **Carolina's Contracting, LLC**
             Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **2012 Takeuchi TB250**<br>**Vin # B93A631EH02008480** | $15,000.00 | Liquidation | $15,000.00 |
| **2011 Takeuchi TB250**<br>**Vin # 125001617** | $15,000.00 | Liquidation | $15,000.00 |
| **2016 Case CX210D**<br>**Vin # DAC210K7NGS7H1438** | $60,000.00 | Liquidation | $60,000.00 |
| **2016 Case CX250D**<br>**Vin # DAC250K7NGS7M1241** | $80,000.00 | Liquidation | $80,000.00 |
| **2019 Hyundai HX220**<br>**Vin # HHKH601CK0001247** | $150,000.00 | Liquidation | $150,000.00 |
| **2019 Hyundai HX220L**<br>**Vin # HHKH601PK0001266** | $150,000.00 | Liquidation | $150,000.00 |
| **2021 Hyundai HX220L**<br>**Vin # HHKHK601PL0001480** | $100,000.00 | Liquidation | $100,000.00 |
| **2021 Hyundai HX220L** | $150,000.00 | Liquidation | $150,000.00 |
| **2021 Hyundai HX145LCR (value $100,000.00)**<br>**Vin # HHKHK404KJE0001581**<br><br>**2021 Hyundai HX260AL (value $175,000.00)**<br>**Vin # HHKHK702PE0000024**<br><br>**2017 Link-Belt 80x3 (value $90,000.00)**<br>**Vin # LBX080Q6NGHEX1389**<br><br>**2020 DYNAPAC CA1500D (value $70,000.00)**<br>**Vin # 10000160EMA030905**<br><br>**2021 Hyundai HX380AL (value $200,000.00)**<br>**last four of vin # 0497** | $635,000.00 | Liquidation | $635,000.00 |
| **2022 John Deere 350G**<br>**Vin # 1FF350GXAMF815323** | $290,000.00 | Liquidation | $290,000.00 |
| **2022 John Deere 350G**<br>**Vin # 1FF350GXVNF815449** | $275,000.00 | Liquidation | $275,000.00 |
| **2022 John Deere 250G**<br>**Vin # 1FF250GXCNF611860** | $190,000.00 | Liquidation | $190,000.00 |
| **2022 John Deere 210G**<br>**Vin # 1FF210GXANF529951** | $190,000.00 | Liquidation | $190,000.00 |

Debtor    **Carolina's Contracting, LLC**                                   Case number *(If known)* _____
                   Name

| | | | |
|---|---|---|---|
| **2022 Hyundai HX220 (value $ 160,000.00)**<br>**Vin # HHKHK607EE0000462** | | | |
| **2022 Hyundai HX260 (value $150,000.00)**<br>**Vin # HHKHK702AE0000080** | $310,000.00 | Liquidation | $310,000.00 |
| **2020 Hyundai R55-9A Mini Excavator**<br>**Vin # HHKHM905HL0000452** | $55,000.00 | Liquidation | $55,000.00 |
| **2022 Komatsu PC 210 (value $200,000.00)**<br>**Vin # C82035** | | | |
| **2022 Komatsu PC290 (value $250,000.00)**<br>**Vin # A28553** | | | |
| **2022 Komatsu PC210 (value $200,000.00)**<br>**Vin # C82039** | $650,000.00 | Liquidation | $650,000.00 |
| **2019 Hitachi 870LC**<br>**Vin # HCMJBL60V00060117** | $650,000.00 | Liquidation | $650,000.00 |
| **2022 Hyundai HX260 (value $190,000.00)**<br>**Vin # HHKHK705EE0000066** | | | |
| **2021 Hyundai HX380 (value $225,000.00)**<br>**Vin # HHKHKA03EE0000090** | | | |
| **2020 Bell B20 (value $225,000.00)**<br>**Vin # EE02109001** | | | |
| **2021 Bell B25 (value $250,000.00)**<br>**Vin # EE03009444** | | | |
| **2017 Bell B30 (value $149,000.00)**<br>**Vin # EC02008182** | | | |
| **2020 Bell B20 (value $175,000.00)**<br>**Vin # EK03009375** | $1,214,000.00 | Liquidation | $1,214,000.00 |
| **2023 Komatsu PC210 (value $200,000.00)**<br>**Vin # C82395** | | | |
| **2023 Komatsu PC210 (value $200,000.00)**<br>**Vin # C82533** | $400,000.00 | Liquidation | $400,000.00 |
| **2023 Kubota KX057**<br>**Vin # KBCDZ37CJP3J17914** | $75,000.00 | Liquidation | $75,000.00 |
| **2023 Kubota KX057**<br>**Vin # KBCDZ37CKP3H17771** | $75,000.00 | Liquidation | $75,000.00 |
| **2023 Hyundai HX220**<br>**Vin # HHKHK607PE0000384** | $160,000.00 | Liquidation | $160,000.00 |

Debtor    **Carolina's Contracting, LLC**
                Name                                                          Case number *(If known)*

| | | | |
|---|---|---|---|
| **2023 Komatsu PC210**<br>Vin # C82013 | $200,000.00 | Liquidation | $200,000.00 |
| **2021 Hyundai HX300**<br>Vin # HHKHK801EL0002068 | $145,000.00 | Liquidation | $145,000.00 |
| **2012 Takeuchi TL12C** | $5,000.00 | Liquidation | $5,000.00 |
| **2012 Takeuchi TL12** | $5,000.00 | Liquidation | $5,000.00 |
| **Case Int'l Trcator 8930**<br>Vin # K+JJA0085427 | $20,000.00 | Liquidation | $20,000.00 |
| **2019 GEHL RT255**<br>Vin # GHLRT255C00040152 | $40,000.00 | Liquidation | $40,000.00 |
| **2019 GEHL RT255**<br>Vin # GHLRT255B00040151 | $40,000.00 | Liquidation | $40,000.00 |
| **2020 Kubota SVL75**<br>Vin # 45029 | $40,000.00 | Liquidation | $40,000.00 |
| **1980 Allis Chambers 7010 Tractor & Harrow**<br>Vin # 49-15379 | $15,000.00 | Liquidation | $15,000.00 |
| **2022 John Deere 644P**<br>Vin # 1DW644PALPLZ17015 | $250,000.00 | Liquidation | $250,000.00 |
| **2022 John Deere 644P**<br>Vin # 1DW644PACPLZ17018 | $250,000.00 | Liquidation | $250,000.00 |
| **2019 Kubots SVL75-2**<br>Vin # K36348 | $40,000.00 | Liquidation | $40,000.00 |
| **2021 Hyundai HL955XT (value $145,000.00)**<br>Vin # HHKHW500CL0000937<br>**2021 Hyundai HX260L (value $175, 000.00)**<br>Vin # HHKHK701HE0000378 | $320,000.00 | Liquidation | $320,000.00 |
| **2023 Kubota SVL97**<br>Vin # KBCZ064CCP1K80159 | $65,000.00 | Liquidation | $65,000.00 |
| **2023 Kubota SVL97**<br>Vin # KBCZ064CCP1K80137 | $65,000.00 | Liquidation | $65,000.00 |
| **2023 Kubota SVL97**<br>Vin # KBCZ064CJP1K80161 | $65,000.00 | Liquidation | $65,000.00 |

Debtor   **Carolina's Contracting, LLC**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **2023 Kubota SVL97**<br>**Vin # KBCZ064CPP1K80125** | $65,000.00 | Liquidation | $65,000.00 |
| **1989 CAT D7H** | $40,000.00 | Liquidation | $40,000.00 |
| **1988 CAT D8N** | $55,000.00 | Liquidation | $55,000.00 |
| **2021 John Deere 750L**<br>**Vin # 1T0750LXHMF404404 (value $175,000.00)**<br><br>**2021 John Deere 750L (value $175,000.00)**<br>**Vin # 1T0750LXAMF401533** | $350,000.00 | Liquidation | $350,000.00 |
| **2018 John Deere 700K**<br>**Vin # 1T0700KXEJF327756** | $150,000.00 | Liquidation | $150,000.00 |
| **2022 John Deere 700L**<br>**Vin # 1T0700LXANF415495** | $175,000.00 | Liquidation | $175,000.00 |
| **2022 John Deere 700L**<br>**Vin # 1T0700LXKNF421887** | $175,000.00 | Liquidation | $175,000.00 |
| **2022 John Deere 700L**<br>**Vin # 1T0700LXTNF420378** | $150,000.00 | Liquidation | $150,000.00 |
| **2022 John Deere 700L**<br>**Vin # 1T0700LXPNF420818** | $175,000.00 | Liquidation | $175,000.00 |
| **2022 John Deere 700L**<br>**Vin # 1T0700LXCNF420306** | $175,000.00 | Liquidation | $175,000.00 |
| **2023 Komatsu D61PXI (value $350,000.00)**<br>**Vin # B65870**<br><br>**2023 Komatsu D61PXI (value $350,000.00)**<br>**Vin # 45872** | $700,000.00 | Liquidation | $700,000.00 |
| **2023 John Deere 700L**<br>**Vin # 1T0700LXJPF440136** | $225,000.00 | Liquidation | $225,000.00 |
| **2021 John Deere 700L**<br>**Vin # 1T0700LXCPF439983** | $175,000.00 | Liquidation | $175,000.00 |
| **2023 Komatsu D51 (value $325,000.00)**<br>**Vin # B25487**<br><br>**2023 Komastu D51 (value $325,000.00)**<br>**Vin # B25505** | $650,000.00 | Liquidation | $650,000.00 |

Debtor  **Carolina's Contracting, LLC**
      Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **2013 Sakai SV505**<br>**Vin # 50763** | **$25,000.00** | Liquidation | **$25,000.00** |
| **CAT 815B** | **$65,000.00** | Liquidation | **$65,000.00** |
| **2004 Wacker RT820**<br>**Vin # 5479760** | **$10,000.00** | Liquidation | **$10,000.00** |
| **Wacker RT820**<br>**Vin # 5782214** | **$5,000.00** | Liquidation | **$5,000.00** |
| **2013 Wacker RT82SC2**<br>**Vin # 20048972** | **$5,000.00** | Liquidation | **$5,000.00** |
| **1985 CAT 815B** | **$70,000.00** | Liquidation | **$70,000.00** |
| **2015 Hyundai HR120**<br>**Vin # 26012310E116983** | **$35,000.00** | Liquidation | **$35,000.00** |
| **2012 Volvo SD100D Roller**<br>**Vin # VCE0S100E0S226232** | **$40,000.00** | Liquidation | **$40,000.00** |
| **2016 Hyundai HR120**<br>**Vin # 117444** | **$35,000.00** | Liquidation | **$35,000.00** |
| **2018 Hyundai HR120**<br>**Vin # 26012411E120462** | **$40,000.00** | Liquidation | **$40,000.00** |
| **Bomag BMP8500**<br>**Vin # 101720123670** | **$7,372.31** | Liquidation | **$7,372.31** |
| **Bomage BMP 8500**<br>**Last four of Vin # 1796** | **$7,372.31** | Liquidation | **$7,372.31** |
| **Bomage BMP 8500**<br>**Last four of vin # 1814** | **$15,000.00** | Liquidation | **$15,000.00** |
| **Bomage BMP 8500**<br>**Last four of Vin # 1813** | **$7,372.31** | Liquidation | **$7,372.31** |
| **2022 Dynapac CA1500**<br>**Vin # 160KNA33682** | **$125,000.00** | Liquidation | **$125,000.00** |
| **2007 CAT 815F**<br>**Vin # BKL01044** | **$275,000.00** | Liquidation | **$275,000.00** |

Debtor    **Carolina's Contracting, LLC**
          Name                                                    Case number *(If known)*

| | | | |
|---|---|---|---|
| **2024 Bomag BW211 PHD5 (value $222,000.00)** Vin # 101587681052 | | | |
| **2024 Bomag BW211 PHD5 (value $222,000.00)** Vin # 101587681050 | $444,000.00 | Liquidation | $444,000.00 |
| **2016 Bell B30E** Vin # B93A631EK02007577 | $125,000.00 | Liquidation | $125,000.00 |
| **2018 Bell B30E** Vin # B93A631EK02008535 | $175,000.00 | Liquidation | $175,000.00 |
| **2017 Bell B30E (value $149,000.00)** Vin # B93A631EA02008069 | | | |
| **2017 Bell B30E (value $149,000.00)** Vin # B93A631EA02007987 | | | |
| **2020 Bell B30E (value $250,000.00)** last four of vin # 9641 | $323,000.00 | Liquidation | $323,000.00 |
| **2019 Bell B25E** Vin # B93A625EV02109034 | $175,000.00 | Liquidation | $175,000.00 |
| **2019 Bell B25E** Vin # B93A325ER03009186 | $175,000.00 | Liquidation | $175,000.00 |
| **2023 John Deere 310P** Vin # 1DW310PAEPFB06548 | $450,000.00 | Liquidation | $450,000.00 |
| **2023 John Deere 310P** Vin # 1DW310PALPFB06322 | $450,000.00 | Liquidation | $450,000.00 |
| **2023 John Deere 310P** Vin # 1DW310PACPFB06560 | $450,000.00 | Liquidation | $450,000.00 |
| **2023 John Deere 310P** Vin # 1DW310PACPFB06624 | $450,000.00 | Liquidation | $450,000.00 |
| **2023 John Deere 310P** Vin # 1DW310PAEPFB06520 | $450,000.00 | Liquidation | $450,000.00 |
| **Volvo G720B** Vin # 36801 | $70,000.00 | Liquidation | $70,000.00 |
| **2016 John Deere 670G** Vin # 654004 | $95,000.00 | Liquidation | $95,000.00 |

Debtor    **Carolina's Contracting, LLC**                                    Case number *(If known)*
_____                         _____
Name

**2016 Trackpactor 260SR Crusher (value $240,000.00)**
**Vin # PID260SPE0MGB3273**

**2023 Ezystak 50X36 Conveyor (value $55,000.00)**
**Vin # 227208**

**2023 Ezystak 50x36 Conveyor (value $55,000.00)**
**Vin # 4238**

| | | | |
|---|---|---|---|
| **Warrior 1800 Scalp Screen (value $155,000.00)** **Vin # P1D00123HDGE18078** | $505,000.00 | Liquidation | $505,000.00 |
| **2023 Powerscreen 330 Jaw Crusher** **Vin # PIDT330COMP10783** | $575,000.00 | Liquidation | $575,000.00 |
| **Bore <30"** | $60,000.00 | Liquidation | $60,000.00 |
| **Bore >30"** | $65,000.00 | Liquidation | $65,000.00 |
| **2018 Hitachi 350L** **Vin # 1FEDDR70JJF940358** | $150,000.00 | Liquidation | $150,000.00 |

**2023 Sany SY265 (value $225,000.00)**
**Vin # SY026ACCM1678**

| | | | |
|---|---|---|---|
| **2023 Sany SY500 (value $325,000.00)** **last four of Vin # 0878** | $550,000.00 | Liquidation | $550,000.00 |
| **2023 Speedshore Trench Package** | $129,058.23 | Liquidation | $129,058.23 |
| **Caterpillar 815** | $50,000.00 | Liquidation | $50,000.00 |
| **Caterpillar 816** | $50,000.00 | Liquidation | $50,000.00 |

Debtor   **Carolina's Contracting, LLC**                        Case number *(If known)* _____
                    Name

**2021 Sakai SV544T (value $90,000.00)**
**Vin # 3SV56-10407**

**2022 Dynapac CA1500 (value $100,000.00)**
**Vin # 160HNA033299**

**2017 Bomag BM8500 (value $13,000.00)**
**Vin # 101720126727**

**2017 Bomag BM8500 (value $13,000.00)**
**Vin # 101720125939**

**2020 Dynapac CA2500 (value $80,000.00)**
**Vin # 167VKA024669**

**2020 Bomag BW211D (value $90,000.00)**
**Vin # 10158601917**

**2019 Hyundai HR120 (value $65,000.00)**
**Vin # 26012411E121664**

**2022 Hyundai HL940A (value $125,000.00)**
**Vin # HHKHWL70KL0000450**

**2023 Hyundai HL930A (value $145,000.00)**
**Vin # HHKHWL30PL0000206**

**2021 Hyundai HX220A (value $125,000.00)**
**Vin # HHKHK607VE0000357**

| | | | |
|---|---|---|---|
| **2022 Dynapac CA1500 (value $100,000.00)** **last four of win #8485** | **$946,000.00** | Liquidation | **$946,000.00** |
| **2020 Dynapac CA2500** **Vin #10000167HLA030672** | **$0.00** | | **$0.00** |
| **2022 Komatsu D71 (value $400,000.00)** **Vin # 71323** | | | |
| **2022 Komatsu WA270 (value $175,000.00)** **Vin # 86212** | **$575,000.00** | Liquidation | **$575,000.00** |
| **202 Dybapac CA2500D (value $100,000.00)** **last four of vin # 8016** | | | |
| **2019 Kubota SVL75-2wc (value $35,000.00)** **last four of vin # 8017** | | | |
| **2018 Bell B30E (value $170,000.00)** **last four of vin # 8018** | **$305,000.00** | Liquidation | **$305,000.00** |
| **Trench boxes/Roack Boxes** | **$84,000.00** | Liquidation | **$84,000.00** |

51.   **Total of Part 8.**                                              | **$21,325,152.40** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor **Carolina's Contracting, LLC**       Case number *(If known)* _____
Name

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71. **Notes receivable** <br> Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership <br> **Default Judgment against S&S Retaining Walls, Inc. and Steven L. Rogers** | **$184,605.43** |
| **10 Jumping Jack Tamps $1,500 each=$15,000** <br> **8 Pip lasers $2,500 each=$20,000** <br> **1 chain saw $900** <br> **12 concrete saws $900 each=$10,800** <br> **2 blowers $500 each=$1,000** <br> **5 welders $2,500 each=$12,500** <br> **4 conex $3,500 each=$14,000** | **$74,200.00** |

4/28/25 3:37PM

Debtor      **Carolina's Contracting, LLC**
           Name

Case number *(If known)* _____

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

                                                                    | **$258,805.43** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor    **Carolina's Contracting, LLC**
Name

Case number *(If known)* _____

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $97,157.89 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $9,663,175.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $61,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $21,325,152.40 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $258,805.43 | |
| 91. **Total.** Add lines 80 through 90 for each column | $31,405,291.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $31,405,291.49 |

In re   **Carolina's Contracting, LLC**                                                      Case No. _____

_____
Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

## Carolina's Contracting, LLC
## A/R Aging Summary
### As of April 8, 2025

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 and over | Total |
|---|---|---|---|---|---|---|
| **Advanced Site Environmental Solutions** | | | | | 100,000.00 | 100,000.00 |
| **Advanced Site Environmental Solutions 1** | 4,429.00 | 3,965.50 | 814.19 | | | 9,208.69 |
| **Bowman Development - Millwood Townhomes** | | | | 16,235.59 | 308,857.90 | 325,093.49 |
| **Bowman Development - Vermillion Front** | | | 14,500.00 | | 94,600.86 | 109,100.86 |
| **Brookline Homes - Beatty Woods Phase II** | | | | | -30,162.42 | -30,162.42 |
| **Brookline Homes - Rhyne Court** | | | | 6,000.00 | 1,940.00 | 7,940.00 |
| **Carolina Land / RADCO Investments** | | | | | -0.23 | -0.23 |
| **Daniel's Mobil Service** | | | | | 6,900.00 | 6,900.00 |
| **Department of the Treasury** | | | | | -149,902.85 | -149,902.85 |
| **DR Horton - Calvin Creek Phase I** | | | | | 35,081.54 | 35,081.54 |
| **DR Horton - Falls Cove** | | | | | 10,833.82 | 10,833.82 |
| **DR Horton - Falls Cove Phase 7** | | | | | 144,793.08 | 144,793.08 |
| **DR Horton - Hamilton Woods** | | | | | 746,658.34 | 746,658.34 |
| **DR Horton - Trinity Village (Reames Rd)** | | | | | 12,297.28 | 12,297.28 |
| **DR Horton - Westport Ph1** | | | | | 282,128.45 | 282,128.45 |
| **DR Horton - Westport Thoroughfare** | | | | | 2,095,481.95 | 2,095,481.95 |
| **DR Horton Calvin Creek Phase II** | | | | | 7,126.43 | 7,126.43 |
| **DRH - Westport Ph3** | | | | | 2,212,657.97 | 2,212,657.97 |
| **Jay K Sistrunk** | | | | | -20,000.00 | -20,000.00 |
| **JDSI - Abershire** | 609,470.00 | 27,244.02 | | | 169,381.26 | 806,095.28 |
| **JDSI - Bellina** | | | | | 1.00 | 1.00 |
| **JDSI - Judson Stringfellow** | | | | | -90.05 | -90.05 |
| **JDSI - Villas at Kingsview** | | | | 27,983.35 | 156,585.05 | 184,568.40 |
| **Jud Kuhn** | | | | | -22.45 | -22.45 |
| **Land Development Solutions - Equipment** | 41,459.83 | 251,697.81 | 263,817.72 | 157,955.99 | 144,588.07 | 859,519.42 |
| **Land Development Solutions - Fuel** | | 2,845.15 | 9,162.80 | 5,731.76 | 13,504.74 | 31,244.45 |
| **Land Development Solutions - Mechanic** | | | | 1,198.14 | | 1,198.14 |
| **Land Development Solutions - Payroll** | | | 149,499.36 | | | 149,499.36 |
| **Land Development Solutions - Trucking** | 257.50 | 3,811.00 | 8,484.40 | 20,120.67 | 26,330.67 | 59,004.24 |
| **Land Development Solutions - Vehicles** | | 13,966.14 | 14,867.11 | 12,589.30 | 34,188.28 | 75,610.83 |
| **Nest Communites - Logan Farms Ph1** | | 40,101.15 | | | 0.01 | 40,101.16 |
| **Nest Communities - Clark Village** | | | | | 134,686.56 | 134,686.56 |
| **Nest Communities - Holly Grove** | | | | | 183,291.05 | 183,291.05 |
| **Nest Homes** | | | | | -3,920.25 | -3,920.25 |
| **PEDCOR** | | | | | -9,000.03 | -9,000.03 |
| **PEDCOR - Silver Station** | | | | | 226,989.50 | 226,989.50 |

4/28/25  3:37PM

| | | | | | |
|---|---|---|---|---|---|
| PEDCOR - Silver Station - Asphalt & Paving | | | | 79,656.80 | 79,656.80 |
| Pedcor - Silver Station - Landscaping | 122,464.48 | | | 44,801.80 | 167,266.28 |
| PEDCOR - Silver Station - Walls | | | | 13,190.13 | 13,190.13 |
| Pressley Development, LLC - Nolen Farms (JPM South) | | | | -0.01 | -0.01 |
| S&S Retaininage Walls, Inc | | | | 200,940.86 | 200,940.86 |
| Southcraft / JDSI (Bennington) | | | | -0.01 | -0.01 |
| Southcraft Development - Kingstree Phase 9 | | | | -0.01 | -0.01 |
| Southcraft Development - Misc. Invoices | | | | 3,500.00 | 3,500.00 |
| SouthCraft Development, LLC - Stoneygreen | | | | 29,845.30 | 29,845.30 |
| SouthCraft Development, LLC - Stoneygreen Ph2 | | | | 9,866.29 | 9,866.29 |
| Southeast Capital - Phillips Village | | 37,000.00 | | | 37,000.00 |
| Taylor Morrison - City Park | | | | -40,194.78 | -40,194.78 |
| Taylor Morrison - Yardley Monroe | | 4,749.85 | | 140,482.74 | 145,232.59 |
| Toll Brothers - Hamilton Street Townhomes | | 170,367.81 | | 172,491.51 | 342,859.32 |
| Zoladz Construction | 30,000.00 | | | | 30,000.00 |
| **TOTAL** | **$ 808,080.81** | **$ 518,748.43** | **$ 498,145.58** | **$ 247,814.80** | **$ 7,590,386.15** | **$ 9,663,175.77** |

91C *(4/21)*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| **In the Matter of:** | ) |
| **Carolina's Contracting, LLC** | )   **Case No.** _____ |
| | ) |
| | )   **DEBTOR'S CLAIM FOR PROPERTY EXEMPTIONS** |
| | ) |
| **Debtor.** | ) |

> **NOTE:** You must complete this form in addition to Official Form 106C (Schedule 'C') to claim property as exempt if: (1) your domicile was located in North Carolina for the 730 days immediately preceding the date of the filing of the petition, or (2) your domicile was not located in a single state for those 730 days, but your domicile was located in North Carolina for 180 days immediately preceding the 730-day period or for a longer portion of such 180-day period than in any other place. For more information, please refer to Local Rule 4003-1 of the United States Bankruptcy Court for the Middle District of North Carolina. Schedule 'C' may be found at https://www.uscourts.gov/forms/bankruptcy-forms.

I,  **Louis Keyo Matthews, Sr.**  , the undersigned Debtor, hereby claim the following property as exempt pursuant to 11 U.S.C. § 522(b)(3)(A), (B), and (C), the Laws of the State of North Carolina, and non-bankruptcy federal law.

1.    **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1)).
Select appropriate exemption amount below:
- ■    Total net value not to exceed $35,000.
- ☐    Total net value not to exceed $60,000. (Debtor is unmarried, 65 years of age or older, property was previously owned by Debtor as tenant by the entireties or joint tenant with rights of survivorship, and former co-owner is deceased.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

|  | | |
|---|---|---|
| (a) Total Net Value | $ | **0.00** |
| Total Net Exemption | $ | **0.00** |
| (b) Unused portion of exemption, not to exceed $5,000. | $ | **5,000.00** |
| (This amount, if any, may be carried forward and used to claim an exemption in any property owned by the Debtor. (NCGS 1C-1601(a)(2)). | | |

2.    **TENANCY BY THE ENTIRETY.**  The following property is claimed as exempt pursuant to 11 U.S.C. § 522(b)(3)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

3.    **MOTOR VEHICLE.** (NCGS 1C-1601(a)(3).  Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $3,500.)

| Year, Make, Model of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

|  | | |
|---|---|---|
| (a) Statutory allowance | $ | 3,500 |
| (b) Amount from 1 (b) above to be used in this paragraph. | $ | |
| (A part or all of 1 (b) may be used as needed.) | | |
| Total Net Exemption | $ | **0.00** |

4.    **TOOLS OF TRADE, IMPLEMENTS, OR PROFESSIONAL BOOKS.**  (NCGS 1C-1601(a)(5).  Used by Debtor or

91C *(4/21)*

Debtor's dependent.  Total net value of all items claimed as exempt not to exceed $2,000.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
|  |  |  |  |  |

(a)  Statutory allowance                                                                                  $ _____ 2,000
(b)  Amount from 1 (b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)                        $ _____

Total Net Exemption  $ _____ **0.00**

5.     **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4).  Debtor's aggregate interest, not to exceed $5,000 in value for the Debtor plus $1,000 for each dependent of the Debtor, not to exceed $4,000 total for dependents.)

| Description -NONE- | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
|  |  |  |  |  |

Total Net Value  _____ **0.00**

(a)  Statutory allowance for Debtor                                                         $ _____ 5,000
(b)  Statutory allowance for Debtor's dependents:  __0__ dependents at
$1,000 each (not to exceed $4,000 total for dependents)                   _____ **0.00**
(c)  Amount from 1(b) above to be used in this paragraph.
    (A part or all of 1 (b) may be used as needed.)                        _____

Total Net Exemption  _____ **0.00**

6.     **LIFE INSURANCE.** (NCGS 1C-1601(a)(6) and Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company\Policy No.\Name of Insured\Policy Date\Name of Beneficiary
**-NONE-**

7.     **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).**
(NCGS 1C-1601(a)(7). No limit on value.)

Description:
**-NONE-**

8.     **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8).  No limit on number or amount.)

A.  $ _____ **-NONE-** Compensation for personal injury, including compensation from private disability policies or annuities.
B.  $ _____ **-NONE-** Compensation for death of person of whom Debtor was dependent for support.

9.     **INDIVIDUAL RETIREMENT PLANS AS DEFINED IN THE INTERNAL REVENUE CODE AND ANY PLAN TREATED IN THE SAME MANNER AS AN INDIVIDUAL RETIREMENT PLAN UNDER THE INTERNAL REVENUE CODE.** (NCGS 1C-1601(a)(9).  No limit on number or amount.) **AND OTHER RETIREMENT FUNDS DEFINED IN 11 U.S.C. § 522(b)(3)(c).**

Detailed Description                                                                                                        Value
**-NONE-**

91C *(4/21)*

10. **COLLEGE SAVINGS PLANS QUALIFIED UNDER SECTION 529 OF THE INTERNAL REVENUE CODE.**
(NCGS 1C-1601(a)(10). Total net value not to exceed $25,000 and may not include any funds placed in a college savings plan within the preceding 12 months, except to the extent any of the contributions were made in the ordinary course of Debtor's financial affairs and were consistent with Debtor's past pattern of contributions. This exemption applies only to the extent that the funds are for a child of Debtor and will actually be used for the child's college or university expenses.)

**Detailed Description**                                                    **Value**
-NONE-

11. **RETIREMENT BENEFITS UNDER A RETIREMENT PLAN OF OTHER STATE AND GOVERNMENTAL UNITS OF OTHER STATES, TO THE EXTENT THOSE BENEFITS ARE EXEMPT UNDER THE LAWS OF THAT STATE OR GOVERNMENTAL UNIT.** (NCGS 1C-1601(a)(11). No limit on amount.)

**Description:**
-NONE-

12. **ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH DEBTOR IS ENTITLED.** (NCGS 1C-1601(a)(12). No limit on amount to the extent such payments are reasonably necessary for the support of Debtor or a dependent of Debtor.)

**Description:**
-NONE-

13. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). The amount claimed may not exceed the remaining amount available under paragraph 1(b) which has not been used for other exemptions.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value | Value Claimed as Exempt |
|---|---|---|---|---|---|
| -NONE- | | | | | |

(a) Total Net Value of property claimed in paragraph 13.                     $ _____ **0.00**

(b) Total amount available from paragraph 1(b).                              $ _____ **5,000.00**
(c) Less amounts from paragraph 1(b) which were used in the following paragraphs:
                        Paragraph 3(b)         $ _____
                        Paragraph 4(b)         $ _____
                        Paragraph 5(c)         $ _____
                   Net Balance Available from paragraph 1(b)  $ _____ **5,000.00**
                            Total Net Exemption  $ _____

14. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

    **-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                    $ _____ **0.00**

15. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

    **-NONE-**
TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT                                    $ _____ **0.00**

16. **RECENT PURCHASES**

The exemptions provided in NCGS 1C-1601(a)(2), (3), (4), and (5) are inapplicable with respect to tangible personal property purchased by the Debtor less than 90 days preceding the initiation of judgment collection proceedings or the filing of a petition for bankruptcy, unless the purchase of the property is directly traceable to the liquidation or conversion of property that may be exempt and no additional property was transferred into or used to acquire the replacement property.

List tangible personal property purchased by the Debtor less than 90 days preceding the filing of the bankruptcy petition:

4/28/25  3:37PM

91C *(4/21)*

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| **-NONE-** | | | | |

DATE  **April 28, 2025**

**/s/ Louis Keyo Matthews, Sr.**
**Louis Keyo Matthews, Sr.**
Debtor

**Fill in this information to identify the case:**

Debtor name   **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally** | Describe debtor's property that is subject to a lien | **$49,723.25** | **$52,000.00** |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 RAM 2500**
**Vin # 3C6UR5NL0KG601163**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Ally** | Describe debtor's property that is subject to a lien | $43,117.20 | $34,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**2021 Chevrolet Silverado 1500**
**Vin # 1GCPYFEDXMZ286821**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   **Carolina's Contracting, LLC**
Name                                                                   Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally** | Describe debtor's property that is subject to a lien | $38,193.88 | $27,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

**2022 Chevrolet Silverado**
**Vin # 1GCPDBEK4NZ588500**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally** | Describe debtor's property that is subject to a lien | $40,358.35 | $31,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

**2023 Mercedes-Benz GLB-Class**
**Vin # W1N4M4GB8PW313074**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally** | Describe debtor's property that is subject to a lien | $39,132.42 | $34,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**
Creditor's mailing address

**2023 Chevrolet Silverado**
**Vin # 1GCRABEK6PZ262606**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 31

4/28/25  3:37PM

Debtor   **Carolina's Contracting, LLC**                                    Case number *(if known)* _____
          Name

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ally** | Describe debtor's property that is subject to a lien | $42,998.56 | $34,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**

**2021 Chevrolet Silverado 1500**
**Vin # 1GCPYFED4MZ439838**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ally** | Describe debtor's property that is subject to a lien | $31,404.75 | $25,000.00 |

Creditor's Name

**P.O. Box 380902**
**Bloomington, MN**
**55438-0902**

**2019 Chevrolet Silverado 1500**
**Vin # 1GCUYDED4KZ130133**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Ally** | Describe debtor's property that is subject to a lien | $33,061.91 | $22,000.00 |

---

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**
_____          Case number (if known) _____
Name

| | |
|---|---|
| Creditor's Name | **2018 Chevrolet Silverado 1500** |
| **P.O. Box 380902** | **Vin # 2GCVKREC9J1103589** |
| **Bloomington, MN** | |
| **55438-0902** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally** | **Describe debtor's property that is subject to a lien** | $30,486.48 | $25,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Chevrolet Silverado 1500** | | |
| | **P.O. Box 380902** | **Vin # 3GCPWCED9KG106486** | | |
| | **Bloomington, MN** | | | |
| | **55438-0902** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Bank of West** | **Describe debtor's property that is subject to a lien** | $3,664.06 | $100,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Hyundai HX220L** | | |
| | **475 Sansome St. 19th Fl** | **Vin # HHKHK601PL0001480** | | |
| | **San Francisco, CA 94111** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Debtor  **Carolina's Contracting, LLC**
        Name                                        Case number (if known)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | |

**Byline Finance Group**
Creditor's Name

**2801 Lakeside Dr.
Deerfield, IL 60015**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Trench boxes/Roack Boxes**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$73,364.53         $84,000.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | |

**Capital Electric**
Creditor's Name

**P.O. Box 404749
Atlanta, GA 30384-4749**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Judgment**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$53,051.12         $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | | | |

**DLL Financial**

**Describe debtor's property that is subject to a lien**

$394,388.69         $444,000.00

---

Debtor   **Carolina's Contracting, LLC**
_____     Case number (if known) _____
              Name

Creditor's Name
_____

**2024 Bomag BW211 PHD5 (value $222,000.00)**
**Vin # 101587681052**

**2024 Bomag BW211 PHD5 (value $222,000.00)**
**Vin # 101587681050**

**P.O. Box 6980**
**Wayne, PA 19087**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **DLL Financial** | **Describe debtor's property that is subject to a lien** | $129,704.38 | $145,000.00 |

Creditor's Name

**2021 Hyundai HX300**
**Vin # HHKHK801EL0002068**

**P.O. Box 6980**
**Wayne, PA 19087**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **DLL Financial** | **Describe debtor's property that is subject to a lien** | $140,233.27 | $160,000.00 |

Creditor's Name

**2023 Hyundai HX220**
**Vin # HHKHK607PE0000384**

**P.O. Box 6980**
**Wayne, PA 19087**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

4/28/25  3:37PM

| Debtor | **Carolina's Contracting, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.16**

| **FNB Equipment Finance** | **Describe debtor's property that is subject to a lien** | $538,317.22 | $575,000.00 |
|---|---|---|---|
| Creditor's Name | **2023 Powerscreen 330 Jaw Crusher** | | |
| **P.O. Box 6021** | **Vin # PIDT330COMP10783** | | |
| **Hermitage, PA 16148-1021** | | | |
| Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.17**

| **GM Financial** | **Describe debtor's property that is subject to a lien** | $32,193.17 | $27,000.00 |
|---|---|---|---|
| Creditor's Name | **2019 Chevrolet Silverado 1500** | | |
| **P.O. Box 183593** | **Vin # 3GCUYDED1KG229413** | | |
| **Arlington, TX 76096-3834** | | | |
| Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.18**

| **GM Financial** | **Describe debtor's property that is subject to a lien** | $36,648.85 | $35,000.00 |
|---|---|---|---|

---

4/28/25  3:37PM

Debtor **Carolina's Contracting, LLC**
Name

Case number (if known)

Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Chevrolet Silverado 1500**
**Vin # 3GCUYEED9LG181585**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **GM Financial** | | $30,608.42 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Chevrolet Silverado 1500**
**Vin # 1GCRYDED5LZ136689**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **GM Financial** | | $40,611.53 | $33,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2021 Chevrolet Silverado 1500**
**Vin # 3GCPYFED5MG417444**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**
_____
Name

Case number (if known) _____

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 1**

**GM Financial**
Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2021 Ford F-250 Super Dut King Ranch**
**Vin # 1FT8W2BT0MEE02775**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$65,808.87          $64,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 2**

**GM Financial**
Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**2023 Chevrolet Silverado**
**Vin # 1GC4YNE74PF183293**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$48,010.97          $49,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 3**

**GM Financial**
Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096-3834**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2023 Chevrolet Suburban**
**Vin # 1GNSKCKD2PR431005**

Describe the lien

$69,606.57          $60,000.00

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

4/28/25 3:37PM

Debtor **Carolina's Contracting, LLC**
Name

Case number (if known)

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Home Trust Bank** | Describe debtor's property that is subject to a lien | $540,785.20 | $650,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Hitachi 870LC**
**Vin # HCMJBL60V00060117**

**17065 Nat Bynum Lane**
**Cornelius, NC 28031**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $191,785.69 | $275,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 John Deere 350G**
**Vin # 1FF350GXVNF815449**

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $236,386.30 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 John Deere 700L
Vin # 1T0700LXJPF440136**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $295,403.54 | $350,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2021 John Deere 750L
Vin # 1T0750LXHMF404404 (value $175,000.00)**

**2021 John Deere 750L (value $175,000.00)
Vin # 1T0750LXAMF401533**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $478,072.07 | $450,000.00 |
|---|---|---|---|---|

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**
_____  Case number (if known) _____
Name

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 John Deere 310P**
**Vin # 1DW310PALPFB06322**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | | | | |
|---|---|---|---|---|

**John Deere Financial**

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 John Deere 350G**
**Vin # 1FF350GXAMF815323**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$191,785.69          $290,000.00

---

| 2.30 | | | | |
|---|---|---|---|---|

**John Deere Financial**

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2018 John Deere 700K**
**Vin # 1T0700KXEJF327756**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$102,868.28          $150,000.00

---

4/28/25 3:37PM

Debtor **Carolina's Contracting, LLC**
_____
Name

Case number (*if known*) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 1 | | | |
|---|---|---|---|
| **John Deere Financial**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2022 John Deere 700L**<br>**Vin # 1T0700LXANF415495** | **$163,797.11** | **$175,000.00** |

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 2 | | | |
|---|---|---|---|
| **John Deere Financial**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2018 Hitachi 350L**<br>**Vin # 1FEDDR70JJF940358** | **$155,809.22** | **$150,000.00** |

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 3 | | | |
|---|---|---|---|
| **John Deere Financial**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**2023 John Deere 310P**<br>**Vin # 1DW310PAEPFB06548** | **$489,322.63** | **$450,000.00** |

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**Describe the lien**

Debtor  **Carolina's Contracting, LLC**
        Name

Case number (if known) _____

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $477,988.98 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**2023 John Deere 310P**
**Vin # 1DW310PACPFB06624**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $477,947.41 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

**2023 John Deere 310P**
**Vin # 1DW310PACPFB06560**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Carolina's Contracting, LLC**
_____
Name

Case number (if known) _____

---

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 6 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $164,264.97 | $190,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2022 John Deere 250G**
**Vin # 1FF250GXCNF611860**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $319,962.83 | $175,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**2021 John Deere 700L**
**Vin # 1T0700LXCPF439983**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $167,010.43 | $150,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**2022 John Deere 700L**
**Vin # 1T0700LXTNF420378**

**Describe the lien**

---

4/28/25  3:37PM

Debtor   **Carolina's Contracting, LLC**
_____          Case number (if known) _____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $166,965.09 | $175,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

**Describe debtor's property that is subject to a lien**
**2022 John Deere 700L**
**Vin # 1T0700LXPNF420818**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $137,771.90 | $190,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**2022 John Deere 210G**
**Vin # 1FF210GXANF529951**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Carolina's Contracting, LLC**
_____
Name

Case number (if known) _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 1 | **John Deere Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 John Deere 700L**
**Vin # 1T0700LXKNF421887**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$166,965.09          $175,000.00

---

| 2.4 2 | **John Deere Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 John Deere 700L**
**Vin # 1T0700LXCNF420306**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$168,599.67          $175,000.00

---

| 2.4 3 | **John Deere Financial** | | | |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street**
**Johnston, IA 50131**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 John Deere 644P**
**Vin # 1DW644PACPLZ17018**

**Describe the lien**

$242,910.34          $250,000.00

---

Debtor  **Carolina's Contracting, LLC**
Name

Case number (if known) _____

---

Creditor's email address, if known _____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $232,742.05 | $250,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
Johnston, IA 50131**
Creditor's mailing address

**2022 John Deere 644P
Vin # 1DW644PALPLZ17015**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $478,080.27 | $450,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 NW 86th Street
Johnston, IA 50131**
Creditor's mailing address

**2023 John Deere 310P
Vin # 1DW310PAEPFB06520**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**
_____
Name

Case number (*if known*)  _____

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 6 | **Kalamata Capital Group, LLC** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Revenue Purchase Agreement**                    $42,900.00    $0.00

**7200 Wisconsin Ave. #500**
**Bethesda, MD 20814**

Creditor's mailing address

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

_____          - ☑ No

Creditor's email address, if known                 - ☐ Yes

**Date debt was incurred**                          **Is anyone else liable on this claim?**

                                                    - ☐ No

**Last 4 digits of account number**                 - ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

                                                    **As of the petition filing date, the claim is:**
- ☑ No                                               Check all that apply
- ☐ Yes. Specify each creditor,                      - ☐ Contingent
including this creditor and its relative             - ☐ Unliquidated
priority.                                            - ☐ Disputed

---

| 2.4 7 | **Komatsu Financial** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $826,695.90    $650,000.00
**2022 Komatsu PC 210 (value $200,000.00)**
**Vin # C82035**

**2022 Komatsu PC290 (value $250,000.00)**
**Vin # A28553**

**8770 W. Bryn Mawr Avenue**           **2022 Komatsu PC210 (value $200,000.00)**
**Suite 100**                          **Vin # C82039**
**Chicago, IL 60631**

Creditor's mailing address              **Describe the lien**

_____

                                        **Is the creditor an insider or related party?**

_____          - ☑ No

Creditor's email address, if known                 - ☐ Yes

**Date debt was incurred**                          **Is anyone else liable on this claim?**

                                                    - ☐ No

**Last 4 digits of account number**                 - ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

                                                    **As of the petition filing date, the claim is:**
- ☑ No                                               Check all that apply
- ☐ Yes. Specify each creditor,                      - ☐ Contingent
including this creditor and its relative             - ☐ Unliquidated
priority.                                            - ☐ Disputed

---

| 2.4 8 | **Komatsu Financial** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**     $625,568.20    $575,000.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 19 of 31

Debtor    **Carolina's Contracting, LLC**                           Case number (if known) _____
                        Name

| | |
|---|---|
| Creditor's Name | **2022 Komatsu D71 (value $400,000.00)**<br>**Vin # 71323** |
| **8770 W. Bryn Mawr Avenue**<br>**Suite 100**<br>**Chicago, IL 60631** | **2022 Komatsu WA270 (value $175,000.00)**<br>**Vin # 86212** |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4<br>9 | **Komatsu Financial** | **Describe debtor's property that is subject to a lien** | $632,826.90 | $700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Komatsu D61PXI (value $350,000.00)**<br>**Vin # B65870** | | |

**8770 W. Bryn Mawr Avenue**
**Suite 100**
**Chicago, IL 60631**

**2023 Komatsu D61PXI (value $350,000.00)**
**Vin # 45872**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5<br>0 | **Komatsu Financial** | **Describe debtor's property that is subject to a lien** | $635,501.00 | $650,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2023 Komatsu D51 (value $325,000.00)**<br>**Vin # B25487** | | |

**8770 W. Bryn Mawr Avenue**
**Suite 100**
**Chicago, IL 60631**

**2023 Komatsu D51 (value $325,000.00)**
**Vin # B25505**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

4/28/25  3:37PM

Debtor   **Carolina's Contracting, LLC**
_____   Case number (if known) _____
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 1 | **Komatsu Financial** | | $527,300.70 | $400,000.00 |
|---|---|---|---|---|

**Komatsu Financial**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2023 Komatsu PC210 (value $200,000.00) Vin # C82395**

**8770 W. Bryn Mawr Avenue Suite 100 Chicago, IL 60631**
Creditor's mailing address

**2023 Komatsu PC210 (value $200,000.00) Vin # C82533**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Komatsu Financial** | | $228,409.70 | $200,000.00 |
|---|---|---|---|---|

**Komatsu Financial**
Creditor's Name
**8770 W. Bryn Mawr Avenue Suite 100 Chicago, IL 60631**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2023 Komatsu PC210 Vin # C82013**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor  **Carolina's Contracting, LLC**
_____
Name

Case number (*if known*)  _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Kubota Credit** | Describe debtor's property that is subject to a lien | $65,157.25 | $75,000.00 |

**Kubota Credit**
Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Kubota KX057**
**Vin # KBCDZ37CKP3H17771**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 4 | **Kubota Credit** | Describe debtor's property that is subject to a lien | $65,159.02 | $75,000.00 |

**Kubota Credit**
Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2023 Kubota KX057**
**Vin # KBCDZ37CJP3J17914**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 5 | **Kubota Credit** | Describe debtor's property that is subject to a lien | $65,300.89 | $65,000.00 |

**Kubota Credit**
Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**
Creditor's mailing address

**2023 Kubota SVL97**
**Vin # KBCZ064CCP1K80159**

**Describe the lien**

---

4/28/25  3:37PM

Debtor **Carolina's Contracting, LLC**

Name

Case number (*if known*) _____

---

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 6 | **Kubota Credit** | Describe debtor's property that is subject to a lien | $65,301.07 | $65,000.00 |

Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**

**2023 Kubota SVL97**
**Vin # KBCZ064CJP1K80161**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

**Date debt was incurred**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 7 | **Kubota Credit** | Describe debtor's property that is subject to a lien | $65,301.07 | $65,000.00 |

Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**

**2023 Kubota SVL97**
**Vin # KBCZ064CPP1K80125**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor **Carolina's Contracting, LLC**

_____
Name

Case number *(if known)* _____

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.5 8 | **Kubota Credit** | | |
|---|---|---|---|

Creditor's Name

**1000 Kubota Dr.**
**Grapevine, TX 76051**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2023 Kubota SVL97**
**Vin # KBCZ064CCP1K80137**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$65,301.07          $65,000.00

---

| 2.5 9 | **Libertas Funding, LLC** | | |
|---|---|---|---|

Creditor's Name

**411 West Putnam Ave,**
**Suite 220**
**Taftville, CT 06380**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Agreement of Sale of Future Receipts**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$161,000.00          $0.00

---

| 2.6 0 | **Midland Equipment Finance** | | |
|---|---|---|---|

Creditor's Name

**5403 Olympic Dr. NW, Ste.**
**200**
**Gig Harbor, WA 98335**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

$10,116.99          $0.00

---

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                                Case number (if known) _____

Name

_____    Is the creditor an insider or related party?

Creditor's email address, if known        ■ No
                                          ☐ Yes

                                          Is anyone else liable on this claim?

**Date debt was incurred**                 ■ No
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.6.1 | **Mitsubishi Capital** | Describe debtor's property that is subject to a lien | $44,355.07 | $635,000.00 |

Creditor's Name

**2021 Hyundai HX145LCR (value $100,000.00)**
**Vin # HHKHK404KJE0001581**

**2021 Hyundai HX260AL (value $175,000.00)**
**Vin # HHKHK702PE0000024**

**2017 Link-Belt 80x3 (value $90,000.00)**
**Vin # LBX080Q6NGHEX1389**

**1 Pierce Place, Suite 1000**            **2020 DYNAPAC CA1500D (value $70,0**
**Itasca, IL 60143**
                                          **Describe the lien**
Creditor's mailing address

                                          Is the creditor an insider or related party?

_____           ■ No
Creditor's email address, if known        ☐ Yes

                                          Is anyone else liable on this claim?

**Date debt was incurred**                 ■ No
                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**         Check all that apply
■ No                                       ☐ Contingent
☐ Yes. Specify each creditor,              ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.6.2 | **Mitsubishi Capital** | Describe debtor's property that is subject to a lien | $482,266.22 | $550,000.00 |

Creditor's Name

**2023 Sany SY265 (value $225,000.00)**
**Vin # SY026ACCM1678**

**1 Pierce Place, Suite 1000**            **2023 Sany SY500 (value $325,000.00)**
**Itasca, IL 60143**                       **last four of Vin # 0878**

Creditor's mailing address                **Describe the lien**

                                          Is the creditor an insider or related party?

_____           ■ No
Creditor's email address, if known        ☐ Yes

                                          Is anyone else liable on this claim?

**Date debt was incurred**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 25 of 31

4/28/25  3:37PM

Debtor **Carolina's Contracting, LLC**
Name

Case number *(if known)* _____

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 3 | **NEF Titling Trust** | **Describe debtor's property that is subject to a lien** | $62,516.03 | $62,516.03 |
|---|---|---|---|---|

Creditor's Name

**40 Danbury Road
Wilton, CT 06897**

Creditor's mailing address

**2024 Chevrolet Silverado 3500
Vin # 1GB4YTE72RF113299**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 4 | **NEF Titling Trust** | **Describe debtor's property that is subject to a lien** | $62,516.03 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**40 Danbury Road
Wilton, CT 06897**

Creditor's mailing address

**2024 Chevrolet Silverado 3500
Vin # 1GN4YTE77RF115209**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 5 | **Old Second Bank** | **Describe debtor's property that is subject to a lien** | $286,966.17 | $323,000.00 |
|---|---|---|---|---|

4/28/25  3:37PM

Debtor **Carolina's Contracting, LLC**            Case number (if known) _____
_____
Name

| Creditor's Name | |
|---|---|
| | **2017 Bell B30E (value $149,000.00)** |
| | **Vin # B93A631EA02008069** |
| | |
| | **2017 Bell B30E (value $149,000.00)** |
| | **Vin # B93A631EA02007987** |
| **Loan Servicing 2nd Florr** | |
| **NOE** | **2020 Bell B30E (value $250,000.00)** |
| **37 S. River Street** | **last four of vin # 9641** |
| **Aurora, IL 60506** | |
| Creditor's mailing address | **Describe the lien** |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 6 | **SLR Equipment Finance** | **Describe debtor's property that is subject to a lien** | $254,675.64 | $320,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Hyundai HL955XT (value $145,000.00)** | | |
| | | **Vin # HHKHW500CL0000937** | | |
| | | | | |
| | | **2021 Hyundai HX260L (value $175, 000.00)** | | |
| | **40 Danbury Road** | **Vin # HHKHK701HE0000378** | | |
| | **Wilton, CT 06897** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 7 | **SLR Equipment Finance** | **Describe debtor's property that is subject to a lien** | $505,515.63 | $505,000.00 |
|---|---|---|---|---|

---

Debtor **Carolina's Contracting, LLC**

Name

Case number (if known) _____

_____

Creditor's Name

**2016 Trackpactor 260SR Crusher (value $240,000.00)**
**Vin # PID260SPE0MGB3273**

**2023 Ezystak 50X36 Conveyor (value $55,000.00)**
**Vin # 227208**

**2023 Ezystak 50x36 Conveyor (value $55,000.00)**
**Vin # 4238**

**40 Danbury Road**          **Warrior 1800 Scalp Screen (value $1**
**Wilton, CT 06897**

Creditor's mailing address          Describe the lien

          Is the creditor an insider or related party?

          ■ No
Creditor's email address, if known          ☐ Yes

          Is anyone else liable on this claim?

**Date debt was incurred**          ■ No

          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply

■ No          ☐ Contingent
☐ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative          ☐ Disputed
priority.

---

| 2.6 8 | **SLR Equipment Finance** | Describe debtor's property that is subject to a lien | $1,221,180.61 | $1,214,000.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Hyundai HX260 (value $190,000.00)**
**Vin # HHKHK705EE0000066**

**2021 Hyundai HX380 (value $225,000.00)**
**Vin # HHHKHKA03EE0000090**

**2020 Bell B20 (value $225,000.00)**
**Vin # EE02109001**

**40 Danbury Road**          **2021 Bell B25 (value $250,000.00)**
**Wilton, CT 06897**          **Vin # EE03009444**

Creditor's mailing address          Describe the lien

          Is the creditor an insider or related party?

          ■ No
Creditor's email address, if known          ☐ Yes

          Is anyone else liable on this claim?

**Date debt was incurred**          ■ No

          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply

---

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**
Name

Case number (if known)

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 9 | **SLR Equipment Finance** | | | |

Creditor's Name

**40 Danbury Road**
**Wilton, CT 06897**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2007 CAT 815F**
**Vin # BKL01044**

$146,884.84    $275,000.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 0 | **SLR Equipment Finance** | | | |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2021 Sakai SV544T (value $90,000.00)**
**Vin # 3SV56-10407**

$896,250.59    $946,000.00

**2022 Dynapac CA1500 (value $100,000.00)**
**Vin # 160HNA033299**

**2017 Bomag BM8500 (value $13,000.00)**
**Vin # 101720126727**

**40 Danbury Road**
**Wilton, CT 06897**
Creditor's mailing address

**2017 Bomag BM8500 (value $13,000.00)**
**Vin # 101720125939**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**
_____    Case number (if known) _____
Name

| 2.7 1 | | | | |
|---|---|---|---|---|

**Wells Fargo**
_____
Creditor's Name

**Describe debtor's property that is subject to a lien**    $228,975.52    $310,000.00

**2022 Hyundai HX220 (value $ 160,000.00)**
**Vin # HHKHK607EE0000462**

**7500 Halcyon Point Drive**    **2022 Hyundai HX260 (value $150,000.00)**
**Montgomery, AL 36117**    **Vin # HHKHK702AE0000080**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    □ Contingent
□ Yes. Specify each creditor,    □ Unliquidated
including this creditor and its relative    □ Disputed
priority.

---

| 2.7 2 | | | | |
|---|---|---|---|---|

**Wells Fargo**
_____
Creditor's Name

**Describe debtor's property that is subject to a lien**    $23,451.50    $55,000.00

**2020 Hyundai R55-9A Mini Excavator**
**Vin # HHKHM905HL0000452**

**7500 Halcyon Point Drive**
**Montgomery, AL 36117**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes
_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    □ Contingent
□ Yes. Specify each creditor,    □ Unliquidated
including this creditor and its relative    □ Disputed
priority.

---

| 2.7 3 | | | | |
|---|---|---|---|---|

**Wells Fargo**
_____
Creditor's Name

**Describe debtor's property that is subject to a lien**    $176,357.25    $305,000.00

**202 Dybapac CA2500D (value $100,000.00)**
**last four of vin # 8016**

**2019 Kubota SVL75-2wc (value $35,000.00)**
**last four of vin # 8017**

**7500 Halcyon Point Drive**    **2018 Bell B30E (value $170,000.00)**
**Montgomery, AL 36117**    **last four of vin # 8018**
_____
Creditor's mailing address

**Describe the lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 30 of 31

4/28/25 3:37PM

Debtor    **Carolina's Contracting, LLC**
          Name                                                    Case number (if known) _____

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$16,525,664.07**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Carolina Underground Services, LLC**<br>**6009 Wolf Pond Road**<br>**Monroe, NC 28112** | Line __2.59__ | |
| **Key03 Holdings** | Line __2.59__ | |

---

**Fill in this information to identify the case:**

Debtor name **Carolina's Contracting, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Attorney General of South Carolina
The Honorable Alan Wilson
P.O. Box 11549
Columbia, SC 29211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **Carolina's Contracting, LLC**

Name

Case number *(if known)* _____

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Attorney General of the United States**
**US Dept. of Justice**
**950 Pennsylvania Avenue NW**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Security Commission**
**700 Wade Avenue**
**Raleigh, NC 27605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**North Carolina Dept. of Revenue**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

4/28/25  3:37PM

Debtor **Carolina's Contracting, LLC**
_____     Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $0.00  $0.00 |

**South Carolina Department of Revenue**
**P.O. Box 125**
**Cranston, RI 02921-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $71,405.25 |
|---|---|---|---|

**ADM Welding and Fabrication, LLC**
**37 Broadhead Street**
**Warren, PA 16365**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $724,976.09 |
|---|---|---|---|

**Advanced Site environmental solutions**
**9815 Sam Furr Rd. STE JPMB #109**
**Huntersville, NC 28078**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,780.32 |
|---|---|---|---|

**Airgas USA, LLC**
**PO Box 734672**
**Dallas, TX 75373-4672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $121,985.06 |
|---|---|---|---|

**Argos USA, LLC**
**3015 Windward Plaza, Suite 300**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **6065**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $109,234.36 |
|---|---|---|---|

**Ascendum Machinery, Inc.**
**1025 International Dr. NW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                                        Case number (if known) _____
_____
Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,083.00 |
|---|---|---|---|

**B.P. Drainage Works, Inc.**
**7804 Commerce Drive**
**Denver, NC 28037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $228,397.73 |
|---|---|---|---|

**Bank of America**
**P.O. Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,759.86 |
|---|---|---|---|

**Bank of America**
**P.O. Box 660441**
**Dallas, TX 75266-0441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,018.24 |
|---|---|---|---|

**Beebe's Tire & Service, LLC**
**15551 Hwy 49 South**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **1710**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $470.00 |
|---|---|---|---|

**Big Rig Permit Services, LLC**
**P.O. Box 777**
**Cherryville, NC 28021-0777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,381.79 |
|---|---|---|---|

**Bird Dog Traffic Control, LLC**
**C/O Chesapeake Bank**
**P.O. Box 799**
**Gloucester, VA 23061**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $128.95 |
|---|---|---|---|

**Blanchard Machinery Co.**
**P.O. Box 402197**
**Atlanta, GA 30384-2197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number  **8830**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Carolina's Contracting, LLC**                     Case number (if known) _____
          Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93,116.07 |

**Blue Dot Readmix, LLC**
P.O. Box 23027
Charlotte, NC 28227

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,571.70 |

**BP Business Solutions**
P.O. Box 1239
Covington, LA 70434

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,825.00 |

**Bullington Construction, Inc.**
164 American Drive
Oakboro, NC 28129

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,747.42 |

**Cadence Petroleum Group**
P.O. Box 601872
Charlotte, NC 28260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number  **4846**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,293.45 |

**Capital Lighting & Supply, LLC**
d/b/a Capital Electric
8711 Westphalia Road
Upper Marlboro, MD 20774

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,227,708.67 |

**Carolina Drilling, Inc.**
326 Railroad St.
Mocksville, NC 27028

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,160.40 |

**Carolina Traffic Devices**
130 SC-161
Clover, SC 29710

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number  **3409**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Carolina's Contracting, LLC**
            Name                                              Case number (if known)

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,885.00**

**Carolina Underground Services, LLC**
**6009 Wolf Pond Road**
**Monroe, NC 28112**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | **$5,285.04**

**CCS Carolina Construction Supply, LLC**
**2655 Eden Terrace Rock Hill**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | **$5,675.99**

**Certex USA, LLC**
**1721 West Culver Street**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1024**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | **$625.00**

**Charlotte Backflow**
**6370 Crayton Rd.**
**Mount Pleasant, NC 28124-9148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | **$2,447.20**

**Charlotte Water**
**City of Charlotte Billing Center**
**PO Box 1316**
**Charlotte, NC 28210-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | **$4,831.37**

**Cintas**
**6300 Harris Tech Blvd.**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4491**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | **$107,005.09**

**Citco Water**
**P.O. Box 632059**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0905**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Carolina's Contracting, LLC**
     Name                                       Case number (if known) _____

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$95.55** |
|---|---|---|---|

**City of Charlotte**
**Billing Center**
**PO Box 1316**
**Charlotte, NC 28201-1316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,603.00** |
|---|---|---|---|

**City of Gastonia**
**Customer Service Division**
**PO Box 1748**
**Gastonia, NC 28053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$529.17** |
|---|---|---|---|

**City of York**
**PO Box 500**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,303.20** |
|---|---|---|---|

**Colonial Oil Industries, Inc.**
**PO Box 744934**
**Atlanta, GA 30374-4934**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$556.40** |
|---|---|---|---|

**Concrete Supply, LLC**
**PO Box 96757**
**Charlotte, NC 28296-0757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,559.15** |
|---|---|---|---|

**Controlled Rock Drilling and Blasting**
**1047 Olin Loop**
**Olin, NC 28660**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$286,045.35** |
|---|---|---|---|

**Core & Main**
**1830 Craig Park Court**
**Saint Louis, MO 63146**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Vendor_

Last 4 digits of account number  **5144**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Carolina's Contracting, LLC**                          Case number (if known) _____

_____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,620.00 |
|---|---|---|---|

**Curb Line, Inc.**
**300 Gringley Kill Road**
**Fort Mill, SC 29708**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $599.57 |
|---|---|---|---|

**Custom Hydraulics & Design**
**P.O. Box 1147**
**Cherryville, NC 28021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $56,354.91 |
|---|---|---|---|

**Daniel's Mobile Service, LLC**
**2709 Lawyers Rd. West**
**Indian Trail, NC 28079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,744.00 |
|---|---|---|---|

**Dunbar Geomatics Group, PLLC**
**PO Box 3053**
**Huntersville, NC 28070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364,096.87 |
|---|---|---|---|

**Equipment Share**
**PO Box 650429**
**Dallas, TX 75265-0429**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $947,457.94 |
|---|---|---|---|

**Ferguson Waterworks**
**PO Box 100286**
**Atlanta, GA 30384-0286**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Fixaton HVAC**
**301 S Jones Ave**
**Rock Hill, SC 29730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

4/28/25 3:37PM

Debtor **Carolina's Contracting, LLC**
_____
Name                                                    Case number (if known) _____

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,881.96 |

**Fortline, Inc.**
**PO Box 744053**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,374.08 |

**Fuelman**
**P.O. Box 1239**
**Covington, LA 70434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Credit Card_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,524.55 |

**Guardway Corporation**
**P.O. Box 26656**
**Charlotte, NC 28221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,237.27 |

**Hale Trailer**
**PO Box 1400**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,812.84 |

**Hayes Pipe Supply**
**PO Box 101550**
**Nashville, TN 37224**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,004.00 |

**Heavy Construction Service Specialist**
**13151 West Airport Blvd.**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,250.96 |

**Hills Machinery**
**PO Box 746132**
**Atlanta, GA 30374-6132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Carolina's Contracting, LLC**                                        Case number *(if known)* _____
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,101.18** |
|---|---|---|---|

**Hoser, Inc.**
**1132 Curtis St.**
**Monroe, NC 28112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84,145.65** |
|---|---|---|---|

**James River Equipment**
**PO Box 745475**
**Atlanta, GA 30374-5475**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$710.00** |
|---|---|---|---|

**K&W Laboratories**
**1121 Hwy 24/27 W**
**Midland, NC 28107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.37** |
|---|---|---|---|

**Kale Construction Supply**
**370 East Plaza Drive**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,304.47** |
|---|---|---|---|

**Kale Enterprises, Inc.**
**370 East Plaza Dr.**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$243,223.27** |
|---|---|---|---|

**L.B. Foster Company**
**dba CXT**
**PO Box 676208**
**Dallas, TX 75267-6208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$207,275.86** |
|---|---|---|---|

**Linder Industrial Machinery**
**PO Box 7436637**
**Atlanta, GA 30374-3637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Carolina's Contracting, LLC**                                            Case number *(if known)* _____
_____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $151,320.54 |

**Martin Marietta**
**P.O. Box 30013**
**Raleigh, NC 27622-0013**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1302**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $404,600.00 |

**Melcar, Ltd**
**PO Box 271**
**Washington, NJ 07882**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $583.25 |

**Mercados Dumpster**
**PO Box 786**
**Huntersville, NC 28070**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,350.00 |

**Mid Atlantic Heavy Hauling, Inc.**
**6334 Topaz Lane**
**Iron Station, NC 28080**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,334.56 |

**Mid-Atlantic Concrete Products, Inc.**
**2460 Armstrong Dr.**
**Winston Salem, NC 27103**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,988.64 |

**Mike Oehler Trucking, Inc**
**12310 Jimmy Oehler Road**
**Charlotte, NC 28269**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,600.00 |

**Mohawk Traffic Services**
**PO Box 886**
**Huntersville, NC 28070**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  □ Yes

---

Debtor   **Carolina's Contracting, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,917.36 |

**Mohawk Traffic Services**
PO Box 886
Huntersville, NC 28070

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,865.09 |

**National Equipment Dealers, LLC**
PO Box 736976
Dallas, TX 75373-6976

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $424.74 |

**Nationwide Testing Association, Inc.**
109 Professional Park Dr. Ste.
Mooresville, NC 28117

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,415.00 |

**NewTech Engineering, PLLC**
2630 South Tryon St., Suite F
Charlotte, NC 28203

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,646.98 |

**O'Reilly Auto Parts**
P.O. Box 9464
Springfield, MO 65801-9464

Date(s) debt was incurred _
Last 4 digits of account number  __9937__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,369.71 |

**Patriot Concrete Pumps**
PO Box 23027
Charlotte, NC 28227

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,223.20 |

**Piedmont Fastener Co.**
812 South Main Street
Troutman, NC 28166

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Carolina's Contracting, LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$974,662.35** |

**Pomona Supply Company**
**dba Pomona Pipe Products**
**4611 Dundas Dr.**
**Greensboro, NC 27407**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,611.25** |

**Powerscreen Mid-Atlantic, Inc.**
**PO Box 2505**
**Kernersville, NC 27285-2505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$72,396.07** |

**Pumping & Shoring Solutions, Inc.**
**2801 Lippards Creek Lane**
**Lincolnton, NC 28092**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,715.00** |

**Rangeline Tapping Service, Inc.**
**PO Box 210155 Royal**
**West Palm Beach, FL 33421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00** |

**Raquel Raposo**
**5154 Armina Place**
**Fort Pierce, FL 34951**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$33,420.00** |

**Reitzel Landscape Services, LLC**
**PO Box 708**
**Paw Creek, NC 28130-0708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181,500.00** |

**Ricasha, Inc.**
**PO Box 1771**
**Robbinsville, NC 28771**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**                                  Case number (if known) _____
_____
Name

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121,619.00** |
|---|---|---|---|

**Richard Abernathy Grading and Septic Inc**
**1491 Mt. Ula Hwy.**
**Mount Ulla, NC 28125**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$257,809.44** |
|---|---|---|---|

**S&S Retaining Walls, Inc.**
**4107 Cahnnas Way**
**Waxhaw, NC 28173**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,017.50** |
|---|---|---|---|

**Southeast Geomatics Group, Inc.**
**PO Box 2431**
**Indian Trail, NC 28079**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527,358.90** |
|---|---|---|---|

**STAline Waterworks, Inc.**
**PO Box 242016**
**Charlotte, NC 28224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,464.93** |
|---|---|---|---|

**Sunbelt Rentals**
**PC#: 0056125 Raceway Dr.**
**Mooresville, NC 28117-6509**

■ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,146.04** |
|---|---|---|---|

**Sunstate Equipment Co.**
**PO Box 208439**
**Dallas, TX 75320-8439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$82,340.93** |
|---|---|---|---|

**The Ironpeddlers**
**3504 N Rocky River Rd.**
**Monroe, NC 28110**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Vendor__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Carolina's Contracting, LLC**                          Case number *(if known)* _____
_____
Name

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $527.28 |
|---|---|---|---|

**Town of Mooresville**
PO Box 602113
Charlotte, NC 28260-2113

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234.00 |
|---|---|---|---|

**Town Troutman**
PO Box 26
Troutman, NC 28166-0026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,789.93 |
|---|---|---|---|

**Tri-City Concrete, LLC**
PO Box 241
Forest City, NC 28043

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90,822.40 |
|---|---|---|---|

**Trull Contracting, LLC**
PO Box 379
Midland, NC 28107-4000

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,580.06 |
|---|---|---|---|

**United Glass Service**
1020 Pressley Rd.
Charlotte, NC 28217

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5361**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,148.69 |
|---|---|---|---|

**United Rentals**
P.O. Box 100711
Atlanta, GA 30384-0711

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7883**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $240,628.93 |
|---|---|---|---|

**Vulcan Construction Materials, LLC**
P.O. Box 101131
Atlanta, GA 30392-1131

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3853**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Carolina's Contracting, LLC**                    Case number (if known) _____
Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,227.80** |
|---|---|---|---|

**Waste Away Now**
**5612 Lander Benton Rd.**
**Monroe, NC 28110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,388.89** |
|---|---|---|---|

**Waste Connections of North Carolina**
**Charlotte District 6111**
**PO Box 5352333**
**Pittsburgh, PA 15253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,015.07** |
|---|---|---|---|

**Williams Ready Mix Products, Inc.**
**2465 Old Charlotte Hwy.**
**Monroe, NC 28110-7366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,051.30** |
|---|---|---|---|

**Wilson Finley**
**P.O. Box 33549**
**Raleigh, NC 27636-3549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Airgas USA, LLC**<br>**PO Box 734672**<br>**Dallas, TX 75373-4672** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Cadence Petroleum Group**<br>**8210 University Executive Park Dr. #200**<br>**Charlotte, NC 28262** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Certex**<br>**PO Box 201553**<br>**Dallas, TX 75320** | Line **3.22**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cintas**<br>**PO Box 631025**<br>**Cincinnati, OH 45263-1025** | Line **3.25**<br><br>☐ Not listed. Explain ____ | _ |

4/28/25  3:37PM

| Debtor | **Carolina's Contracting, LLC** | Case number (if known) | |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Core & Main LP**<br>**PO Box 28330**<br>**Saint Louis, MO 63146** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Martin Marietta Materials**<br>**PO Box 935043**<br>**Atlanta, GA 31193-5043** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 9,416,858.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 9,416,858.45 |

**Fill in this information to identify the case:**

Debtor name   **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Contract: Millwood Townhomes Ph1 Orginal Contract Amount: $3,679,966.25 Change Order $1,178,444.03 Total Contract Amount: $4,858,410.28 Total Billed: $3,575,134.58 Remaining to Complete: $1,283,275.70 Total Paid to 4/17/25: $2,925,796.58 Open Blance: $649,338.00** | |
| State the term remaining | |
| List the contract number of any government contract | **Bowman Development 13815 Cinnabar Pl Huntersville, NC 28078** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **Contract: Millwood Townhomes Ph2 Orginal Contract Amount: $1,630,880.20 Change Order $0 Total Contract Amount: $1,630,880.20 Total Billed: $0 Remaining to Complete: $1,630,880.20 Total Paid to 4/17/25: $0 Open Blance: $0** | |
| State the term remaining | |
| List the contract number of any government contract | **Bowman Development 13815 Cinnabar Pl Huntersville, NC 28078** |

Debtor 1    **Carolina's Contracting, LLC**                                    Case number (*if known*) _____

    First Name          Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.3.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Vermillion Front**
**Orginal Contract Amount: $4,288,119.01**
**Change Order $636,417.13**
**Total Contract Amount: $4,924,536.14**
**Total Billed: $4,607,031.61**
**Remaining to Complete: $317,504.53**
**Total Paid to 4/17/25: $4,552,000.03**
**Open Blance: $55,031.58**

State the term remaining

List the contract number of any government contract

**Bowman Development**
**13815 Cinnabar Pl**
**Huntersville, NC 28078**

---

**2.4.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Logan Farm Ph1**
**Orginal Contract Amount: $6,602,326.00**
**Change Order ($54,691.68)**
**Total Contract Amount: $6,547,634.32**
**Total Billed: $4,604,468.28**
**Remaining to Complete: $1,943,166.04**
**Total Paid to 4/17/25: $4,639,367.11**
**Open Blance: ($34,898.83)**

State the term remaining

List the contract number of any government contract

**CoverPoiny Deveopment Group**
**P.O. Box 3965**
**Mooresville, NC 28117**

4/28/25  3:37PM

Debtor 1  **Carolina's Contracting, LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Logan Farms Ph2**
**Orginal Contract Amount: $1,670,140.19**
**Change Order $0**
**Total Contract Amount: $1,670,140.19**
**Total Billed: $576,973.01**
**Remaining to Complete: $1,093,167.18**
**Total Paid to 4/17/25: $0**
**Open Blance: $576,973.01**

State the term remaining

List the contract number of any government contract

**CoverPoiny Deveopment Group**
**P.O. Box 3965**
**Mooresville, NC 28117**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

**Leasing 2861 Shilo Church Road, Davidson, NC 28036**
**Month to Month**
**$7,500.00**

State the term remaining

List the contract number of any government contract

**J&L Holdings**
**P.O. Box 64**
**Southmont, NC 27351**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Silver Station**
**Orginal Contract Amount: $7,245,501.80**
**Change Order $902,253.14**
**Total Contract Amount: $8,147,754.94**
**Total Billed: $7,214,548.87**
**Remaining to Complete: $933,206.07**
**Total Paid to 4/17/25: $6,281,342.80**
**Open Blance: $933,206.07**

State the term remaining

List the contract number of any government contract

**Pedcor**
**770 3rd Avenue SW**
**Carmel, IN 46032**

---

Debtor 1  **Carolina's Contracting, LLC**                    Case number (*if known*) _____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.8. State what the contract or lease is for and the nature of the debtor's interest

**Contract: Stonegreen Ph1**
**Orginal Contract Amount: $3,505,926.73**
**Change Order $35,288.03**
**Total Contract Amount: $3,541,214.76**
**Total Billed: $3,389,981.33**
**Remaining to Complete: $151,233.43**
**Total Paid to 4/17/25: $3,360,136.03**
**Open Blance: $29,845.30**

State the term remaining

List the contract number of any government contract

**SC Homes**
**8125-A Tower Point Drive**
**Charlotte, NC 28227**

2.9. State what the contract or lease is for and the nature of the debtor's interest

**Contract: Abershire**
**Orginal Contract Amount: $2,985,806.85**
**Change Order $33,999.00**
**Total Contract Amount: $3,019,802.85**
**Total Billed: $2,575,722.75**
**Remaining to Complete: $444,080.10**
**Total Paid to 4/17/25: $1,769,627.47**
**Open Blance: $806,095.28**

State the term remaining

List the contract number of any government contract

**SC Homes**
**8125-A Tower Point Drive**
**Charlotte, NC 28227**

4/28/25  3:37PM

Debtor 1   **Carolina's Contracting, LLC**

First Name          Middle Name          Last Name

Case number (*if known*)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Stonegreen Ph2**
**Orginal Contract Amount: $1,853,952.00**
**Change Order $77,850.13**
**Total Contract Amount: $1,931,802.13**
**Total Billed: $1,937,930.00**
**Remaining to Complete: ($6,127.87)**
**Total Paid to 4/17/25: $1,927,563.85**
**Open Blance: $10,366.15**

State the term remaining

List the contract number of any government contract

**SC Homes**
**8125-A Tower Point Drive**
**Charlotte, NC 28227**

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Contract: Villas at Kingsview**
**Orginal Contract Amount: $1,779,210.30**
**Change Order $234,511.70**
**Total Contract Amount: $2,013,722.00**
**Total Billed: $1,866,020.00**
**Remaining to Complete: $147,702.00**
**Total Paid to 4/17/25: $1,661,193.85**
**Open Blance: $204,826.15**

State the term remaining

List the contract number of any government contract

**SC Homes**
**8125-A Tower Point Drive**
**Charlotte, NC 28227**

4/28/25  3:37PM

Debtor 1    **Carolina's Contracting, LLC**                                    Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Contract: Phillips Village Orginal Contract Amount: $248,579.50 Change Order $44,020.00 Total Contract Amount: $292,599.50 Total Billed: $204,717.50 Remaining to Complete: $87,882.00 Total Paid to 4/17/25: $204,717.50 Open Blance: $0** |
| State the term remaining | |
| List the contract number of any government contract _____ | **Southeast Capital 5231 Green Rea Road Charlotte, NC 28226** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 6 of 6

**Fill in this information to identify the case:**

Debtor name   **Carolina's Contracting, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Advanced Site environmental solutions** | **9815 Sam Furr Rd. STE JPMB #109 Huntersville, NC 28078** | **Kalamata Capital Group, LLC** | ■ D __2.46__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **ASSN Company** | **P.O. Box 2576 Springfield, IL 62708** | **Kalamata Capital Group, LLC** | ■ D __2.46__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Carolina Underground Services, LLC** | **6009 Wolf Pond Road Monroe, NC 28112** | **Kalamata Capital Group, LLC** | ■ D __2.46__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **J&L Holdings** | **P.O. Box 64 Southmont, NC 27351** | **Kalamata Capital Group, LLC** | ■ D __2.46__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Kellee Sims, LLC** | **2603 Dayview Dr. Atlanta, GA 30331** | **Kalamata Capital Group, LLC** | ■ D __2.46__ <br> ☐ E/F _____ <br> ☐ G _____ |

4/28/25  3:37PM

Debtor  **Carolina's Contracting, LLC**                              Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| 2.6 | **Key03 Holdings** | 643 Winter Star Loop<br>Burnsville, NC 28714 | **Kalamata Capital Group, LLC** | ■ D  __2.46__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **Capital Lighting & Supply, LLC** | ☐ D _____<br>■ E/F  __3.17__<br>☐ G _____ |
| 2.8 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **Bank of West** | ■ D  __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **Capital Electric** | ■ D  __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **DLL Financial** | ■ D  __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **DLL Financial** | ■ D  __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **DLL Financial** | ■ D  __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road<br>Camden, SC 29020 | **FNB Equipment Finance** | ■ D  __2.16__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Carolina's Contracting, LLC**    Case number *(if known)* _____

---

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Home Trust Bank** |

■ D    **2.24** _____
☐ E/F _____
☐ G _____

| 2.15 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.25** _____
☐ E/F _____
☐ G _____

| 2.16 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.26** _____
☐ E/F _____
☐ G _____

| 2.17 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.27** _____
☐ E/F _____
☐ G _____

| 2.18 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.28** _____
☐ E/F _____
☐ G _____

| 2.19 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.29** _____
☐ E/F _____
☐ G _____

| 2.20 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.30** _____
☐ E/F _____
☐ G _____

| 2.21 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** |

■ D    **2.31** _____
☐ E/F _____
☐ G _____

---

Debtor __**Carolina's Contracting, LLC**_____  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.32**__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.33**__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.34**__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.35**__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.36**__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.37**__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.38**__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **John Deere Financial** | ■ D __**2.39**__<br>☐ E/F _____<br>☐ G _____ |

Debtor **Carolina's Contracting, LLC** _____    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.30 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.40__ ☐ E/F ____ ☐ G ____ |
| 2.31 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.41__ ☐ E/F ____ ☐ G ____ |
| 2.32 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.42__ ☐ E/F ____ ☐ G ____ |
| 2.33 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.43__ ☐ E/F ____ ☐ G ____ |
| 2.34 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.44__ ☐ E/F ____ ☐ G ____ |
| 2.35 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | John Deere Financial | ■ D __2.45__ ☐ E/F ____ ☐ G ____ |
| 2.36 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | Kalamata Capital Group, LLC | ■ D __2.46__ ☐ E/F ____ ☐ G ____ |
| 2.37 | Louis Keyo Matthews, Sr. | 2688 Ebenezer Church Road Camden, SC 29020 | Komatsu Financial | ■ D __2.47__ ☐ E/F ____ ☐ G ____ |

Debtor  **Carolina's Contracting, LLC**                          Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

| 2.38 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Komatsu Financial** | ■ D __2.48__ ☐ E/F ____ ☐ G ____ |
| 2.39 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Komatsu Financial** | ■ D __2.49__ ☐ E/F ____ ☐ G ____ |
| 2.40 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Komatsu Financial** | ■ D __2.50__ ☐ E/F ____ ☐ G ____ |
| 2.41 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Komatsu Financial** | ■ D __2.51__ ☐ E/F ____ ☐ G ____ |
| 2.42 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Komatsu Financial** | ■ D __2.52__ ☐ E/F ____ ☐ G ____ |
| 2.43 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Kubota Credit** | ■ D __2.53__ ☐ E/F ____ ☐ G ____ |
| 2.44 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Kubota Credit** | ■ D __2.54__ ☐ E/F ____ ☐ G ____ |
| 2.45 | **Louis Keyo Matthews, Sr.** | 2688 Ebenezer Church Road Camden, SC 29020 | **Kubota Credit** | ■ D __2.55__ ☐ E/F ____ ☐ G ____ |

---

4/28/25  3:37PM

Debtor   **Carolina's Contracting, LLC**                                    Case number *(if known)*  _____

▮   **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.46 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Kubota Credit** |

■ D  __2.56__
☐ E/F  _____
☐ G  _____

| | | | |
|---|---|---|---|
| 2.47 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Kubota Credit** |

■ D  __2.57__
☐ E/F  _____
☐ G  _____

| | | | |
|---|---|---|---|
| 2.48 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Kubota Credit** |

■ D  __2.58__
☐ E/F  _____
☐ G  _____

| | | | |
|---|---|---|---|
| 2.49 | **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Ferguson Waterworks** |

☐ D  _____
■ E/F  __3.39__
☐ G  _____

**Fill in this information to identify the case:**

Debtor name **Carolina's Contracting, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$3,458,397.47** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$31,145,472.55** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$47,731,010.77** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:** From **1/01/2024** to **12/31/2024** | **Sale of Assets** | **$1,677,902.32** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **TMobile** | 01/10/2025:<br>$2,883.17<br>02/03/2025:<br>$2,874.66<br>03/03/2025:<br>$2,858.32<br>03/07/2025:<br>$2,858.32 | $11,474.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Mobile tablet vendor** |
| 3.2.  **Bank of America**<br>**P.O. Box 660441**<br>**Dallas, TX 75266-0441** | 01/13/2025:<br>$14,391.53<br>01/14/2025:<br>$14,254.54<br>01/14/2025:<br>$36.00<br>02/03/2025:<br>$22,492.88<br>02/11/2025:<br>$5,540.25<br>03/14/2025:<br>$36.00 | $46,751.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit Cards** |
| 3.3.  **Old Second Bank**<br>**Loan Servicing 2nd Florr NOE**<br>**37 S. River Street**<br>**Aurora, IL 60506** | 01/13/2025:<br>$20,021.57<br>01/24/2025:<br>$20,021.57<br>02/04/2025:<br>$20,021.57 | $60,064.71 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **Midland States Bank** | 01/14/2025:<br>$10,008.99<br>03/14/20205:<br>$10,008.99 | $20,017.98 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.  **Kubota Credit**<br>**1000 Kubota Dr.**<br>**Grapevine, TX 76051** | 01/21/2025:<br>$1,786.62<br>02/03/2025:<br>$6,981.68<br>02/05/2025:<br>$5,236.26<br>02/21/2025:<br>$3,573.24<br>03/05/2025:<br>$3,490.84<br>03/21/2025:<br>$3,573.24 | $18,341.88 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **Selective Insurance Company of America** | 01/28/2025:<br>$10,158.00<br>01/22/2025:<br>$18,896.00<br>02/19/2025:<br>$35,278.55<br>02/21/2025:<br>$18,999.68 | $83,332.23 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Liability Insurance** |

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.7. **Ally**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902** | **01/16/2025:**<br>**$7,450.07**<br>**01/31/2025:**<br>**$936.98**<br>**02/03/2025:**<br>**$3,438.46**<br>**02/04/2025:**<br>**$7,450.07**<br>**03/03/2025:**<br>**$936.98** | **$19,275.58** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **FNB Equipment Finance**<br>**P.O. Box 6021**<br>**Hermitage, PA 16148-1021** | **02/03/2025** | **$11,433.25** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9. **Dominion Payroll** | **01/15/2025:**<br>**$107,920.85**<br>**01/23/2025:**<br>**$135,076.74**<br>**01/31/2025:**<br>**$109,111.86**<br>**02/06/2025:**<br>**$128,593.62**<br>**02/06/2025:**<br>**$1,210.00**<br>**02/13/2025:**<br>**$84,099.40**<br>**02/20/2025:**<br>**$50,272.43**<br>**02/26/2025:**<br>**$56,036.98**<br>**02/27/2025:**<br>**$0.01**<br>**03/05/2025:**<br>**$69,443.65**<br>**03/07/2025:**<br>**$0.01**<br>**03/13/2025:**<br>**$56,958.35**<br>**03/14/2025:**<br>**$0.01** | **$798,723.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Payroll**__ |
| 3.10. **Byline Finance Group**<br>**2801 Lakeside Dr.**<br>**Deerfield, IL 60015** | **02/10/2025:**<br>**$6,250.00**<br>**03/14/2025:**<br>**$6,900.00** | **$13,150.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Citco Water**<br>**P.O. Box 632059**<br>**Cincinnati, OH 45263** | **01/13/2025:**<br>**$83,310.03**<br>**02/05/2025:**<br>**$70,238.03** | **$153,548.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other__**Pipe Supplier**__ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Carolina's Contracting, LLC                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.12. **Pumping & Shoring Solutions, Inc.**<br>**2801 Lippards Creek Lane**<br>**Lincolnton, NC 28092** | 01/15/2025:<br>$9,038.86<br>01/27/2025:<br>$7,659.12<br>02/04/2025:<br>$36,494.68 | $53,192.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **Pump/Hose supplier for**<br>**pumping stream** |
| 3.13. **Concrete Supply, LLC**<br>**PO Box 96757**<br>**Charlotte, NC 28296-0757** | 01/15/2025:<br>$23,756.11<br>02/25/2025:<br>$4,698.00<br>03/03/2025:<br>$3,987.36<br>03/05/2025:<br>$3,591.00 | $36,032.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.14. **Vulcan Construction Materials, LLC**<br>**P.O. Box 101131**<br>**Atlanta, GA 30392-1131** | 03/12/2025 | $44,785.96 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **STAline Waterworks, Inc.**<br>**PO Box 242016**<br>**Charlotte, NC 28224** | 02/03/2025:<br>$27,616.99<br>03/12/2025:<br>$102,950.20 | $130,567.19 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **Cadence Petroleum Group**<br>**P.O. Box 601872**<br>**Charlotte, NC 28260** | 01/13/2025:<br>$38,877.55<br>03/12/2025:<br>$7,631.06 | $46,508.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.17. **CXT**<br>**PO Box 676208**<br>**Dallas, TX 75267-6208** | 03/12/2025 | $32,138.99 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.18. **Curb Line, Inc.**<br>**300 Gringley Kill Road**<br>**Fort Mill, SC 29708** | 03/13/2025:<br>$51,968.75<br>04/01/2025:<br>$1,718.33 | $53,687.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.19. **Fortline, Inc.** <br> **PO Box 744053** <br> **Atlanta, GA 30374** | 01/13/2025: <br> $48,981.85 <br> 02/04/2025: <br> $1,368.17 <br> 04/01/2025: <br> $16,823.36 | $67,173.38 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.20. **Southeast Geomatics Group, Inc.** <br> **PO Box 2431** <br> **Indian Trail, NC 28079** | 01/10/2025: <br> $20,925.00 <br> 01/202/2025: <br> $10,205.00 | $31,130.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **Surveyor** |
| 3.21. **Williams Ready Mix Products, Inc.** <br> **2465 Old Charlotte Hwy.** <br> **Monroe, NC 28110-7366** | 02/04/2025: <br> $7,502.39 <br> 03/12/2025: <br> $3,939.08 | $11,441.47 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ■ Suppliers or vendors <br> ☐ Services <br> ☐ Other___ |
| 3.22. **Libertas Funding, LLC** <br> **411 West Putnam Ave, Suite 220** <br> **Taftville, CT 06380** | 01/10/2025: <br> $22,958.35 <br> 01/17/2025: <br> $22,958.35 <br> 01/24/2025: <br> $22,958.35 <br> 01/31/2025: <br> $22,958.35 <br> 02/07/2025: <br> $22,958.35 <br> 02/14/2025: <br> $22,958.35 <br> 02/21/2025: <br> $22,958.35 <br> 02/25/2025: <br> $22,958.35 <br> 03/06/2025: <br> $22,958.35 <br> 03/07/2025: <br> $22,958.35 <br> 03/12/2025: <br> $22,958.35 <br> 03/14/2025: <br> $22,958.35 | $275,500.20 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other **working capital loan repayment** |

Debtor **Carolina's Contracting, LLC**                                        Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.23. **Southern Design Landscape Concrete** | 01/10/2025: $22,825.00 01/17/2025: $8,000.00 01/24/2025: $2,715.00 02/07/2025: $6,145.00 02/21/2025: $13,000.00 02/28/2025: $7,035.50 03/08/2025: $7,614.50 | $67,335.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Concrete sub** |
| 3.24. **Diversified Tree & Landscaping** | 01/13/2025 | $18,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **tree subcontractor** |
| 3.25. **Wells Fargo** **7500 Halcyon Point Drive** **Montgomery, AL 36117** | 01/14/2025: $11,100.41 02/03/2025: $11,100.41 | $22,200.82 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **James River Equipment** **PO Box 745475** **Atlanta, GA 30374-5475** | 01/14/2025: $3,288.39 01/30/2025: $479.51 02/11/2025: $37,309.85 | $41,077.75 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Wells Fargo Equiment Finance** | 01/14/2025: $11,126.64 02/03/2025: $11,126.64 | $22,253.28 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    **Carolina's Contracting, LLC**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.28. **Kalamata Capital Group, LLC**<br>**7200 Wisconsin Ave. #500**<br>**Bethesda, MD 20814** | 01/15/2025:<br>$7,324.00<br>01/22/2025:<br>$7,324.00<br>01/29/2025:<br>$7,324.00<br>02/05/2025:<br>$7,324.00<br>02/12/2025:<br>$7,324.00<br>02/19/2025:<br>$7,324.00<br>02/26/2025:<br>$7,324.00<br>03/05/2025:<br>$7,324.00<br>03/12/2025:<br>$7,324.00 | $65,916.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **working capital loan repayment** |
| 3.29. **SLR Equipment Finance**<br>**40 Danbury Road**<br>**Wilton, CT 06897** | 01/15/2025 | $80,949.68 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Vulcan Construction Materials, LLC**<br>**P.O. Box 101131**<br>**Atlanta, GA 30392-1131** | 0/16/2025 | $161,441.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **DE Lage Landen** | 01/16/2025:<br>10,191.59<br>02/21/2025:<br>$10,191.59 | $20,383.18 | ☒ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. **The Hanover Insurance Group** | 01/17/2025 | $8,785.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Equipment Insurance** |
| 3.33. **Fuelman**<br>**P.O. Box 1239**<br>**Covington, LA 70434** | 01/21/2025 | $42,627.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Fuel card** |

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                                  Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.34. **Cigna** | 01/22/2025: $27,940.88 02/20/2025: $17,331.45 | $45,272.33 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Health Insurance** |
| 3.35. **Bentwood Farms, Inc.** | 01/29/2025 | $11,745.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **Trull Contracting, LLC** PO Box 379 Midland, NC 28107-4000 | 01/31/2025: $28,259.45 02/05/2025: $35.935.55 | $64,195.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Sub contractor** |
| 3.37. **Daniel's Mobile Service, LLC** 2709 Lawyers Rd. West Indian Trail, NC 28079 | 01/31/2025 | $27,063.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **on road trucking** |
| 3.38. **B.P. Drainage Works, Inc.** 7804 Commerce Drive Denver, NC 28037 | 01/31/2025: $1,334.40 03/05/2025: $10,000.00 | $11,334.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.39. **Komatsu Financial** 8770 W. Bryn Mawr Avenue Suite 100 Chicago, IL 60631 | 01/31/2025: $83,071.81 02/28/2025: $83,071.81 | $166,143.62 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.40. **Carolina Underground Services, LLC** 6009 Wolf Pond Road Monroe, NC 28112 | 02/03/2025 | $9,757.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Pipe inspection services** |
| 3.41. **GM Financial** P.O. Box 183593 Arlington, TX 76096-3834 | 02/03/2025: $10,505.56 02/04/2025: $5,430.85 | $15,936.41 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor    Carolina's Contracting, LLC                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.42. | Moretz Law Group, PA<br>56 Cabarrus Ave W<br>Concord, NC 28025 | 02/04/2025 | $12,172.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorney fees** |
| 3.43. | Villmer Caudill, PLLC<br>3117 Whiting Ave, Suite 204<br>Charlotte, NC 28205 | 02/04/2025 | $9,277.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorney Fees** |
| 3.44. | Murphy & Grantland, PA<br>4406B Forest Dr<br>Columbia, SC 29206 | 02/04/2025 | $7,987.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Attorney Fees** |
| 3.45. | Superior Cranes, Inc.<br>P.O. Box 2371<br>Rockingham, NC 28380 | 02/04/2025 | $8,173.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sub contractor** |
| 3.46. | Tri-City Concrete, LLC<br>PO Box 241<br>Forest City, NC 28043 | 02/04/2025 | $15,789.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.47. | Linder Industrial Machinery<br>PO Box 7436637<br>Atlanta, GA 30374-3637 | 02/06/2025 | $25,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.48. | New York Commerical Metals Company | 02/18/2025 | $31,918.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Steel for creek crossings** |
| 3.49. | Precision Material Conveying, LLC | 02/22/2025 | $16,092.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **stone conveyor to backfill creek crossing** |

4/28/25  3:37PM

| Debtor | Carolina's Contracting, LLC | Case number *(if known)* |
|--------|------------------------------|---------------------------|

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Louis Keyo Matthews, Sr.**<br>**2688 Ebenezer Church Road**<br>**Camden, SC 29020**<br>**Member/Manager** | **07/01/2024**<br>**$25,000.00**<br>**02/04/2025**<br>**$50,000.00** | **$75,000.00** | **Shareholder loan** |
| 4.2. | **Jay Kimo Sistrunk**<br>**104 Forest Glen Road**<br>**Mooresville, NC 28115**<br>**Member/manager** | **01/01/2025**<br>**$8,003.60**<br>**02/04/2025**<br>**$40,000.00** | **$48,003.60** | **sharesholder loan** |
| 4.3. | **J&L Holdings**<br>**P.O. Box 64**<br>**Southmont, NC 27351** | **01/17/2025:**<br>**$4,060.62**<br>**03/10/2025:**<br>**$40,000.00** | **$44,060.62** | **Loan repayment** |
| 4.4. | **Advanced Site environmental solutions**<br>**9815 Sam Furr Rd. STE JPMB #109**<br>**Huntersville, NC 28078** | **01/23/2025:**<br>**$30,279.98**<br>**01/31/2025:**<br>**$90,015.50** | **$120,295.48** | **Sub contractor** |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902** | **2019 Chevrolet Silverado** | **03/31/2025** | **$25,000.00** |
| **Mitisubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2021 Hyundai**<br>**HX145LCR...1581** | **02/19/2025** | **$80,000.00** |
| **Mitisubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2020 DYNAPAC CA 1500D...0905** | **03/22/2025** | **$80,000.00** |
| **Mitisubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2021 Hyundai HX260AL....0024** | **03/22/2025** | **$150,000.00** |
| **Mitisubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2021 Hyundai HX380AL...0497** | **03/22/2025** | **$275,000.00** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

4/28/25 3:37PM

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mitsubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2023 Sany 500...0878** | **02/19/2025** | **$342,382.00** |
| **Mitsubishi Capital**<br>**1 Pierce Place, Suite 1000**<br>**Itasca, IL 60143** | **2023 Sany 265....1678** | **03/22/2025** | **$232,747.59** |
| **Kubota Credit**<br>**1000 Kubota Dr.**<br>**Grapevine, TX 76051** | **2023 Kubota SV97...0159** | **03/31/2025** | **$75,000.00** |
| **FNB Equipment Finance**<br>**P.O. Box 6021**<br>**Hermitage, PA 16148-1021** | **2023 Powerscreen 330 Jaw Crusher...0783** | **04/15/2025** | **$450,000.00** |
| **Ally**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902** | **2022 Chevrolet Silverado 1500**<br>**last four of vin 8500** | **04/18/2025** | **$27,000.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ADM Welding and Fabrication, LLC**<br>**vs. D.R. Horton, Inc. and Carolina's Contracting, LLC**<br>**2025-CP-46-00071** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **ARGOS USA, LLC**<br>**vs.**<br>**Carolina's Contracting, LLC**<br>**24CV040276-910** | | **Wake County Courthouse**<br>**316 Fayetteville Street**<br>**Raleigh, NC 27601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ascendum Machinery, Inc.**<br>**vs.**<br>**Carolina's Contracting, LLC**<br>**24CV051303-590** | | **Mecklenburg County**<br>**Clerk of Superior Court**<br>**832 East Fourth Street**<br>**Charlotte, NC 28202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

4/28/25  3:37PM

Debtor    Carolina's Contracting, LLC                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.4. Capital Lighting & Supply, LLC d/b/a Capital Electric vs. Carolina's Contracting, LLC and Louis Matthews 24CV030917-910 | | Wake County Courthouse 316 Fayetteville Street Raleigh, NC 27601 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. Carolina Drilling, Inc. vs. Carolina's Contracting, LLC and Holly Grove Development Partners, LLC 24CV005750-120 | | Cabarrus County Courthouse P.O. Box 70 Concord, NC 28026 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. Carolina Drilling, Inc. vs. Carolina's Contracting, LLC and D.R. Horton, Inc, 24 CVS 606 | | Davie County Courthouse 140 South Main Street Mocksville, NC 27028 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Colonial Oil Industries, Inc. vs. DR Horton, Inc and Carolina's Contracting, LLC 2024-CP-46-04874 | | York County 6 S. Congress Street York, SC 29745 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Carolina's Contracting, LLC vs. D.R. Horton, Inc. 24CV003656 | | Cabarrus County Courthouse P.O. Box 70 Concord, NC 28026 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. Carolina's Contracting, LLC, Jay K. Sistruck and Louis K. Matthews vs. David Drake Brooke Crawford, Mark V. Day, Kellee Sims, David Drake, Trustee of the Mildred Drake Family Trust; Mildred Drake Corporation and Carolina's Construction Holding Compant, LLC 24 CV 537 | | US District Court for the Middle District of North Carolina | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. Ferguson Enterprise , LLC, d/b/a Ferguson Enterprises, LLC of Virginia vs. Carolina's Contracting, LLC, Jay K. Sistrunk, Louis K. Matthews, D.R. Horton, Inc. and Atlantic Specialty Insurance Company 24CV021507-910 | | Wake County Courthouse 316 Fayetteville Street Raleigh, NC 27601 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.11. **Ferguson Enterprise , LLC, d/b/a Ferguson Enterprises, LLC of Virginia**<br>**vs.**<br>**Carolina's Contracting, LLC, Jay K. Sistrunk, Louis K. Matthews, D.R. Horton, Inc. and Atlantic Specialty Insurance Company**<br>**24CV021727-910** | | **Wake County Courthouse**<br>**316 Fayetteville Street**<br>**Raleigh, NC 27601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Ferguson Enterprise , LLC, d/b/a Ferguson Enterprises, LLC of Virginia**<br>**vs.**<br>**Carolina's Contracting, LLC, Jay K. Sistrunk, Louis K. Matthews, Holly Grove Development Partners, LLC and Holly Grove Commercial, LLC**<br>**24CV024567-910** | | **Wake County Courthouse**<br>**316 Fayetteville Street**<br>**Raleigh, NC 27601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.13. **Ferguson Enterprise , LLC, d/b/a Ferguson Enterprises, LLC of Virginia**<br>**vs.**<br>**Carolina's Contracting, LLC, Jay K. Sistrunk, Louis K. Matthews, Mill Wood Bowman, LLC**<br>**24CV026580-910** | | **Wake County Courthouse**<br>**316 Fayetteville Street**<br>**Raleigh, NC 27601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. **Ferguson Enterprise , LLC, d/b/a Ferguson Enterprises, LLC of Virginia**<br>**vs.**<br>**Carolina's Contracting, LLC, Jay K. Sistrunk, Louis K. Matthews, Vermillion Front, LLC**<br>**24CV022204-910** | | **Wake County Courthouse**<br>**316 Fayetteville Street**<br>**Raleigh, NC 27601** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.15. **Ferguson Enterprise , LLC**<br>**vs.**<br>**D.r. Horton, Inc, Carolina's Contracting, LLC, Louis K. Matthews, Jay K. Sistrunk and Atlantic Specialty Insurance Company**<br>**2024-CP-46-03520** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Melcar, LTD**<br>**vs.**<br>**Carolina's Contracting, LLC, D.R. Horton, Inc., Atlantic Specialty Insurance Company**<br>**2024-CP-46-03368** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.17<br>. | **Mid-Atlantic Concrete Products, Inc.**<br>**vs.**<br>**Carolina's Contracting, LLC, D.R. Horton, Inc. and Atlantic Specialty Insurance Company**<br>**2024-CP-46-04104** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18<br>. | **Mike Oehler Trucking, Inc**<br>**DOT #566712**<br>**vs.**<br>**Carolina's Contracting, LLC and D.R. Horton, Inc.**<br>**2024-CP-46-04281** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19<br>. | **National Equipment Dealers, LLC**<br>**vs.**<br>**Carolina's Contracting, LLC**<br>**25CVS156** | | **Davie County Courthouse**<br>**140 South Main Street**<br>**Mocksville, NC 27028** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20<br>. | **Carolina's Contracting, LLC**<br>**vs.**<br>**Nest Communities, LLC, Holly Grove Development Partners, LLC, Eric Wood and Holly Grove Commercial, LLC**<br>**24CV-006620-120** | | **Cabarrus County Courthouse**<br>**P.O. Box 70**<br>**Concord, NC 28026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21<br>. | **Pomona Pipe Products Company**<br>**vs.**<br>**Carolina's Contracting, LLC, D.R. Horton, Inc. and Atlantic Specialty Insurance Company**<br>**2024-CP-46-02934** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22<br>. | **Pumping & Shoring Solutions, Inc.**<br>**vs.**<br>**D.R. Horton, Inc., Carolina's Construction, LLC, Vulcan Construction Materials, LLC, Mike Oehler TYrucking, Inc., Mid Atlantic Concrete Products, Inc., Ferguson Enterprises, LLC, Pomona Pipe Products Company, Colonial Oil Industries, Inc., ADM Welding & Fabrication, LLC, Melcar LTD, SUnbelt Rentials, Inc., S&S Rentaining Walls, Inc. Ricasha, Inc.**<br>**2024-CP-46-04862** | | **York County**<br>**6 S. Congress Street**<br>**York, SC 29745** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23<br>. | **Raquel Raposo**<br>**vs.**<br>**Carolina's Contracting, LLC**<br>**24CV006073-120** | | **Cabarrus County Courthouse**<br>**P.O. Box 70**<br>**Concord, NC 28026** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**

Case number *(if known)*

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.24. **Ricasha, Inc.** **vs.** **D.R. Horton, Inc. and Carolina;s Contracting, LLC** **2024-CP-46-04922** | | **York County** **6 S. Congress Street** **York, SC 29745** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.25. **Carolina's Contracting, LLC** **vs.** **S&S Retaining Walls, Inc. and Steven L. Rogers** **24CV006656-120** | | **Cabarrus County** **Courthouse** **P.O. Box 70** **Concord, NC 28026** | ☐ Pending ☐ On appeal ■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Carolina's Contracting, LLC** _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ivey, McClellan, Siegmund, Brumbaugh & M** **305 Blandwood Ave** **Greensboro, NC 27401** | **Pre petition Attorney Fees $15,913.50, Filing Fee $1,738, Retainer held in trust $16,170.00** | **04/22/2025** | **$33,821.50** |
| | Email or website address _____ | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   □ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Issaac Samuel Collier** **315 Sharp Top Road** **Blounts Creek, NC 27814** | **1989 Montone Dump Trailer...3419** | **10/01/2024** | **$18,000.00** |
| | Relationship to debtor **Friend of Member/manager** | | | |
| 13.2. | **Susan M Peaden** **476 Medford Road** **Tarboro, NC 27886** | **2019 Chevrolet Colorado...3957** | **03/27/2025** | **$10,000.00** |
| | Relationship to debtor **sister of member/manager** | | | |
| 13.3. | **Robert L. Hagans, Jr.** **476 Medford Road** **Tarboro, NC 27886** | **2016 Chevrolet Colorado...0580** | **03/27/2025** | **$5,000.00** |
| | Relationship to debtor **No relationship to debtor** | | | |
| 13.4. | **Jeff Martin Auctioneers** **P.O. Box 16809** **Hattiesburg, MS 39404** | **See attached list that was auctioned as Exhibit A** | **8/22/2024** | **$1,677,902.32** |
| | Relationship to debtor | | | |

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

    | Address | Dates of occupancy From-To |
    |---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

**Part 9:**   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
    |---|---|---|---|

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **17**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Carolina's Contracting, LLC**                                              Case number *(if known)*

---

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207                     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                     page **18**

4/28/25 3:37PM

Debtor    **Carolina's Contracting, LLC**                                Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Mark Daines**<br>716 N Sailsbury GQ Avenue<br>Salisbury, NC 28146 | **04/2022-current** |
| 26a.2.   **Jay Sistrunk**<br>875 Starboard Reach<br>Lexington, NC 27292 | **2013-current** |
| 26a.3.   **Louis Matthews**<br>643 Winterstar Loop<br>Burnsville, NC 28714 | **2013-current** |
| 26a.4.   **Naomi Daines**<br>716 N. Salisbury GQ Avenue<br>Salisbury, NC 28146 | **10/2022-current** |
| 26a.5.   **Madison King**<br>13404 S 28th Street<br>Bellevue, NE 68123 | **03/2023-06/2024** |
| 26a.6.   **BRC**<br>2400 Crownpoint Executive Dr., Suite 200<br>Charlotte, NC 28227 | **2024-current** |
| 26a.7.   **Don Tedder-CPA**<br>4020 Cyprus Court<br>Indian Trail, NC 28079 | **2013-2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **American Express**<br>18850 N. 56th Street<br>Phoenix, AZ 85054 |
| 26d.2.   **Amerifactors**<br>1170 Celebration Blvd, Suite 100<br>Celebration, FL 34747 |

4/28/25  3:37PM

Debtor    **Carolina's Contracting, LLC**                                    Case number *(if known)*

| Name and address |
|---|
| 26d.3.  **Dunning Capital**<br>**6837 Falls of Neuse Road, Suite 206**<br>**Raleigh, NC 27615** |
| 26d.4.  **Ferguson Enterprises**<br>**8805 18th Ave.**<br>**Brooklyn, NY 11214** |
| 26d.5.  **Franklin Acquisition Group South**<br>**131 Evergreen Way**<br>**Flowood, MS 39232** |
| 26d.6.  **GM Financial**<br>**P.O. Box 78143**<br>**Phoenix, AZ 85062** |
| 26d.7.  **GoKapital**<br>**3191 Coral Wt, Suite 402A**<br>**Miami, FL 33145** |
| 26d.8.  **John Deere Financial**<br>**P.O. Box 6600**<br>**Johnston, IA 50131** |
| 26d.9.  **Kapiyus**<br>**120 W. 45th St.**<br>**New York, NY 10036** |
| 26d.10.  **Komatsu Financial**<br>**P.O. Box 99303**<br>**Chicago, IL 60693** |
| 26d.11.  **Kubota Financial**<br>**P.O. Box 0559**<br>**Carol Stream, IL 60132** |
| 26d.12.  **Mitisubishi Capital**<br>**P.O. Box 171347**<br>**Chicago, IL 60694** |
| 26d.13.  **RokFinancial**<br>**3500 Sunrise Hwy Building 100, Suite 201**<br>**Great River, NY 11739** |
| 26d.14.  **SLR Equipment Finance**<br>**40 Danbury Road**<br>**Wilton, CT 06897** |
| 26d.15.  **Smarter Finance USA**<br>**500 N Rainbow Blvd #120**<br>**Las Vegas, NV 89107** |
| 26d.16.  **South State Bank**<br>**P.O. Box 100113**<br>**Columbia, SC 29202** |
| 26d.17.  **Wells Fargo Financial**<br>**P.O. Box 858178**<br>**Minneapolis, MN 55485** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

4/28/25 3:37PM

Debtor    **Carolina's Contracting, LLC**                          Case number *(if known)*

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis Keyo Matthews, Sr.** | **2688 Ebenezer Church Road Camden, SC 29020** | **Member/Manager** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jay Kimo Sistrunk** | **104 Forest Glen Road Mooresville, NC 28115** | **Member/Manager** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Louis Keyo Matthews, Sr. 2688 Ebenezer Church Road Camden, SC 29020** | **7/1/2024 $25,000 2/4/2025 $50,000** | **in the last year** | **Shareholder loan** |
| | Relationship to debtor | | | |
| 30.2. | **Mark Daines 716 N Sailsbury GQ Avenue Salisbury, NC 28146** | **7/10/2024 Officer Expenses $700 7/25/2024 Job materials $4,289.41 8/5/2024 Job materials $2,140.42 8/19/2024 Officer expenses $87.49 8/28/2024 taxes & licenses $8,000 9/16/2024 Ally Financial 2023 Mercedes $873.29 10/30/2024 Taxes & licenses $8,189 12/2/2024 Officer expenses $2,100**<br><br>**Total: $26,379.61** | **in the last year** | |
| | Relationship to debtor | | | |

4/28/25 3:37PM

Debtor  **Carolina's Contracting, LLC**                                      Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **Jay Kimo Sistrunk**<br>**104 Forest Glen Road**<br>**Mooresville, NC 28115**<br><br>**Relationship to debtor** | **1/1/2025 $8,003.60**<br>**2/4/2025 $50,000** | **in the last year** | **shareholder loan** |
| 30.4. | **J&L Holdings**<br>**P.O. Box 64**<br>**Southmont, NC 27351**<br><br>**Relationship to debtor** | **1/17/2025 $4,060.62**<br>**3/10/2025 $40,000** | **in the last year** | **NP-J&L Holdings** |
| 30.5. | **Jay Kimo Sistrunk**<br>**104 Forest Glen Road**<br>**Mooresville, NC 28115**<br><br>**Relationship to debtor** | **$150,800** | **the last year** | **Salary** |
| 30.6. | **Mark Daines**<br>**716 N Sailsbury GQ Avenue**<br>**Salisbury, NC 28146**<br><br>**Relationship to debtor** | **$150,800** | **the last year** | **Salary** |
| 30.7. | **Louis Keyo Matthews, Sr.**<br>**2688 Ebenezer Church Road**<br>**Camden, SC 29020**<br><br>**Relationship to debtor** | **$150,800** | **in the last year** | **Salary** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor  **Carolina's Contracting, LLC**                                        Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 28, 2025**

**/s/ Louis Keyo Matthews, Sr.**                         **Louis Keyo Matthews, Sr.**
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **Member/Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com



CONSIGNOR STATEMENT

# Exhibit A to SOFA



Statement #:  20240822NC-CAROLICO-1

Date:  03-Oct-2024 9:43 CDT

**JEFF MARTIN AUCTIONEERS, INC.**
**Mailing Address:** PO Box 16809, Hattiesburg MS, 39404
**Physical Address:** See Auction Site Address Below-Please Do Not Send Mail to Auction Site
1-844-450-6200
FAX: 601-450-4980

THANK YOU FOR CONSIGNING WITH JEFF MARTIN AUCTIONEERS INC.

| Seller Information | | Auction Information | |
|---|---|---|---|
| Seller Name: | LOUIS MATTHEWS | Auction: | ONE OWNER FLEET REALIGNMENT AUCTION-AUGUST 22ND @ 9AM ET |
| Company: | CAROLINAS CONTRACTING | Date: | 08/22/2024 |
| Bidder #: | | Location: | 2861 SHILOH CHURCH ROAD DAVIDSON, NC 28036 |
| Cell #: | (704) 622-2823 | | |
| Work #: | (385) 244-7423 ext. MARK DAINES | | |
| Email: | LMATTHEWS@CAROLINASCONTRACTING.COM | | |
| Address: | 2861 SHILOH CHURCH ROAD DAVIDSON, NC 28036 | | |

| ID | Lot | Description | Lien | Bid | Net |
|---|---|---|---|---|---|
| 406453 | 550 | 2021 KOMATSU D61 PXI-24 CRAWLER TRACTOR SN: B65173<br>CAB, 6 WAY BLADE, ACCUGRADE READY, DRAWBAR, A/C, RADIO, REAR VIEW CAMERA, SBG, HOUR METER READS: 4791  ***TOPCON GRADE CONTROL*** | ✓ | $87,500.00 | $81,812.50 |
| 406442 | 551 | 2021 KOMATSU D61PXI-24 CRAWLER TRACTOR SN: 45195<br> CAB, 6 WAY BLADE, ACCUGRADE READY, DRAWBAR, A/C, RADIO, REAR VIEW CAMERA, HEATED SEAT, SBG, HOUR METER READS: 5041, ***34" SHOES, 152" BLADE***  ***COMES WITH TOPCON GRADE SYSTEM*** | ✓ | $84,000.00 | $78,540.00 |
| 406454 | 552 | 2021 KOMATSU D61PX-24 CRAWLER TRACTOR SN: B61383<br>CAB, 6 WAY BLADE, ACCUGRADE READY, AUX HYD, DRAWBAR, A/C, RADIO, REAR VIEW CAMERA, HEATED SEAT, SBG, HOUR METER READS: 5272, ***34" SHOES, 152" BLADE, RIPPER VALVE, TOPCON GRADE CONTROL INCLUDED WITH MACHINE | | $86,500.00 | $80,877.50 |
| 406472 | 553 | 2019 KOMATSU D61PX-24 CRAWLER TRACTOR SN: B60944<br>CAB, 6 WAY BLADE, ACCUGRADE READY, AUX HYD, DRAWBAR, A/C, RADIO, REAR VIEW CAMERA, SBG, HOUR METER READS: 7903, **TOPCON GRADE CONTROL 34" SHOES, 152" BLADE*** | | $60,000.00 | $56,100.00 |
| 406447 | 554 | 2018 DEERE 750K LGP CRAWLER TRACTOR SN: 1T0750KXLJF332115<br>CAB, 6 WAY BLADE, ACCUGRADE READY, DRAWBAR, A/C, RADIO, REAR VIEW CAMERA, SBG, HOUR METER READS: 6738, ***13FT BLADE, 28" SHOES, TOPCON SYSTEM INSTALLED ON MACHINE, PER SELLER U/C HAS LESS THAN 1000HRS ON IT*** | ✓ | $65,500.00 | $61,242.50 |
| 406468 | 558 | 1991 CATERPILLAR D7H CRAWLER TRACTOR SN: 5BF04225<br>CAB, SU BLADE W/TILT, AUX HYD, DRAWBAR, SBG, 12' BLADE, 22" PAD, HOUR METER READS: 18064, ***MISSING DOORS, A/C DOES NOT WORK*** | | $37,500.00 | $35,062.50 |
| 406459 | 559 | 2011 DEERE 650J LGP CRAWLER TRACTOR SN: 1T0650JXJBD209452<br>CANOPY, 6 WAY BLADE, DRAWBAR, SBG, HOUR METER READS: 7448, ***10FT BLADE, 24" PADS*** | | $33,000.00 | $30,855.00 |
| 406487 | 560 | FIAT- ALLIS 260-B DOUBLE DRUM ROLLER SN: 87A00517<br>CAB, PADFOOT DRUM, 29.5-29 TIRES, HOUR METER READS: 8353 | | $5,000.00 | No Sale |
| 406456 | 561 | 2016 HYUNDAI HR120C-9 SINGLE DRUM VIBRATORY ROLLER SN: 26012311E118098<br>DEUTZ TCD 2012 L04 2V, 84" , SHELL KIT, CANOPY, SMOOTH DRUM, HOUR METER READS: 2723 | | $23,000.00 | $21,505.00 |
| 406466 | 563 | 2015 HYUNDAI HR120C-9 SINGLE DRUM VIBRATORY ROLLER SN: 26012310E116983<br>DEUTZ TCD 2012 L04 2V, 84" , SHELL KIT, CAB, SMOOTH DRUM, HOUR METER READS: 4868 | | $26,000.00 | No Sale |
| 406467 | 564 | 2013 SAKAI SV505 SINGLE DRUM VIBRATORY ROLLER SN: HHKHK607EE0000462<br>CUMMINS BCEXL0275AAG, 84" , CANOPY, PADFOOT DRUM, HOUR METER READS: 8072 | | $19,000.00 | No Sale |
| 406469 | 565 | 2004 VOLVO SD70D SINGLE DRUM VIBRATORY ROLLER SN: VCF00S70T0S226494<br>KUBOTA 4 CYLINDER DIESEL, 66" , CANOPY, SMOOTH DRUM, HOUR METER READS: 2156 | | $20,000.00 | $18,700.00 |

| | | | | |
|---|---|---|---|---|
| 406507 | 566 | CATERPILLAR 815 SN: 91P963<br>COMPACTOR TYPE DIRT COMPACTOR, CATERPILLAR, 6 CYL ENGINE, CANOPY, BLADE, 39" | | $29,000.00 | *No Sale* |
| 406506 | 567 | CATERPILLAR 815 SN: 57UOO897<br>COMPACTOR TYPE DIRT COMPACTOR, CATERPILLAR, 6 CYL ENGINE, CAB, BLADE, 39" , CNV HOURS | | $24,000.00 | *No Sale* |
| 406464 | 569 | 2019 HYUNDAI HL940TM WHEEL LOADER SN: HHKHW401JK0000310<br> CAB, AC, RADIO, REAR VIEW CAMERA, HYD CPLR, 8'5", GP BUCKET, 20.5-25 TIRES, HOUR METER READS:<br>5238 | | $49,000.00 | $45,815.00 |
| 406451 | 570 | 2016 HYUNDAI HL940TM WHEEL LOADER SN: HHKHW401PG0000019<br>CAB, AC, RADIO, HYD CPLR, 8'5", GP BUCKET, 26.5R25 TIRES, HOUR METER READS: 7386 | | $36,000.00 | $33,660.00 |
| 406452 | 571 | WERK- BRAU SN: 23844-1-1 60" QC FORKS<br>TO FIT HYUNDAI HL940TM | | $4,750.00 | $4,441.25 |
| 406482 | 572 | GEM SN: 1116-9070-1/1 59" QC FORKS<br>TO FIT HYUNDAI HL940TM | | $3,100.00 | $2,898.50 |
| 406497 | 573 | 2019 KOMATSU WA270-8 WHEEL LOADER SN: A28802<br>CAB, AC, RADIO, REAR VIEW CAMERA, HYD CPLR, 105", GP BUCKET, 72" FORKS, 20.5R25 TIRES, HOUR<br>METER READS: 8351 | ✓ | $51,000.00 | $47,685.00 |
| 406495 | 574 | PALADIN JRB 60X72 416 SN: C22068 72" Q/C FORKS<br>TO FIT KOMATSU WA270 | | $5,000.00 | $4,675.00 |
| 406457 | 576 | 2016 CASE 621F XT WHEEL LOADER SN: NGF235783<br>CAB, AC, RADIO, REAR VIEW CAMERA, AUX HYDRAULICS, AUX HYD W/3RD VALVE, RIDE CONTROL, HYD<br>CPLR, 8.5FT, GP BUCKET, 20.5R25 TIRES, HOUR METER READS: 6298 | | $40,000.00 | $37,400.00 |
| 406499 | 577 | JRB 60" QC FORKS<br>TO FIT CASE 621F | | $2,500.00 | $2,337.50 |
| 406505 | 597 | 2018 SANY SY500H HYDRAULIC EXCAVATOR SN: SY0503BJ00638<br>CAB, AC, RADIO, AUX HYD, HYD COUNTERWEIGHT REMOVAL, PATTERN CONTROL CHANGER, REAR VIEW<br>CAMERA, 2SPD, 82" BUCKET, 36" SHOES, HOUR METER READS: 6185 | ✓ | $56,000.00 | $52,360.00 |
| 406486 | 598 | 2018 SANY SY500H HYDRAULIC EXCAVATOR SN: SY0503BJ00588<br>CAB, AC, RADIO, REAR VIEW CAMERA, AUX HYD, HYD COUNTERWEIGHT REMOVAL, PATTERN CONTROL<br>CHANGER, 11' STICK, HOUR METER READS: 7231, ***31.5" PADS, A/C BLOWER COMES ON BUT DOES<br>NOT BLOW OUT THE VENTS*** | | $47,500.00 | *No Sale* |
| 406448 | 599 | 2018 KOMATSU PC490LCI-11 HYDRAULIC EXCAVATOR SN: KMTPC251JGWA45016<br>CAB, AC, RADIO, REAR VIEW CAMERA, 48" BUCKET, HYD COUNTERWEIGHT REMOVAL, PATTERN CONTROL<br>CHANGER, 2SPD, ***TOPCON GRADE CONTROL*** INSTALLED, 36" SHOES TRIPLE GROUSER, 11' STICK,<br>HOUR METER READS: 8356 | | $65,000.00 | $60,775.00 |
| 406449 | 600 | 2013 HYUNDAI ROBEX 480LC-9A HYDRAULIC EXCAVATOR SN: HHKHZB05KD0000016<br>CAB, AC, RADIO, AUX HYD, PATTERN CONTROL CHANGER, 2SPD, 66" BUCKET, 11 STICK, HOUR METER<br>READS: 9566 | | $24,000.00 | $22,440.00 |
| 406461 | 601 | 2021 HYUNDAI HX380AL HYDRAULIC EXCAVATOR SN: HHKHKA01VL0000497<br>CAB, AC, RADIO, REAR VIEW CAMERA, 72" BUCKET, AUX HYD, PATTERN CONTROL CHANGER, REAR VIEW<br>CAMERA, 2SPD, HOUR METER READS: 4831 | | $66,000.00 | $61,710.00 |
| 406504 | 604 | 2019 KOMATSU PC290LC-11 HYDRAULIC EXCAVATOR SN: A28059<br>CAB, AC, RADIO, 48" BUCKET, PATTERN CONTROL CHANGER, REAR VIEW CAMERA, 2SPD, HOUR METER<br>READS: 7501 | ✓ | $45,500.00 | $42,542.50 |
| 406491 | 605 | 2016 KOMATSU PC290LC-11 HYDRAULIC EXCAVATOR SN: KMTPC255ACWA27459<br>CAB, AC, RADIO, REAR VIEW CAMERA, 48" BUCKET, HYD THUMB, PATTERN CONTROL CHANGER, 2SPD, 11<br>STICK, HOUR METER READS: 7330, 32" PADS | | $47,000.00 | $43,945.00 |
| 406500 | 606 | 2021 HYUNDAI HX260AL HYDRAULIC EXCAVATOR SN: HHKHK702PE0000024<br>CAB, AC, RADIO, REAR VIEW CAMERA, 54" BUCKET, AUX HYD, HYD COUPLER, REAR VIEW CAMERA, 2SPD,<br>10' STICK, HOUR METER READS: 3287 | ✓ | $62,500.00 | *No Sale* |
| 406445 | 607 | 2016 HYUNDAI HX260L HYDRAULIC EXCAVATOR SN: HHKHK701VG0000069<br>CAB, AC, RADIO, REAR VIEW CAMERA, 42" BUCKET, AUX HYD, 2SPD, 10' STICK, HOUR METER READS:<br>5772 | | $35,500.00 | $33,192.50 |
| 406474 | 609 | 2011 DOOSAN DX225LC-3 HYDRAULIC EXCAVATOR SN: DHKCEBADPA0006088<br>CAB, 39" BUCKET, AUX HYD, HYD THUMB, REAR VIEW CAMERA, 10 STICK, HOUR METER READS: 9628,<br>32" PADS | | $16,000.00 | *No Sale* |
| 406465 | 610 | 2010 DOOSAN DX225LC-3 HYDRAULIC EXCAVATOR SN: DHKCEBADTA0006220<br>CAB, AC, RADIO, 42" BUCKET, AUX HYD, THUMB, PATTERN CONTROL CHANGER, 2SPD, 10' STICK, HOUR<br>METER READS: 10471 | | $15,000.00 | $14,025.00 |
| 406503 | 611 | 2016 CASE CX250D HYDRAULIC EXCAVATOR SN: DAC250K7NGS7M1241<br>CAB, AC, RADIO, REAR VIEW CAMERA, HYD COUPLER, PATTERN CONTROL CHANGER, REAR VIEW<br>CAMERA, 2SPD, 10 STICK, HOUR METER READS: 9340 | | $25,000.00 | *No Sale* |

CONSIGNOR STATEMENT

| | | | | | |
|---|---|---|---|---|---|
| 406446 | 612 | 2021 HYUNDAI HX220L HYDRAULIC EXCAVATOR SN: HHKHK601PL0001480 CAB, AC, RADIO, REAR VIEW CAMERA, 42" BUCKET, AUX HYD, HYD COUPLER, PATTERN CONTROL CHANGER, 2SPD, 10' STICK, HOUR METER READS: 4282 | ✓ | $57,500.00 | No Sale |
| 406493 | 613 | 2021 HYUNDAI HX220L HYDRAULIC EXCAVATOR SN: HHKHK601CL0001502 CAB, AC, RADIO, REAR VIEW CAMERA, 42" BUCKET, AUX HYD, HYD THUMB, HYD COUPLER, PATTERN CONTROL CHANGER, 2SPD, 32" SHOES, 10' STICK, HOUR METER READS: 3685 | ✓ | $64,000.00 | No Sale |
| 406480 | 614 | 2019 HYUNDAI HX220L HYDRAULIC EXCAVATOR SN: HHKH601PK0001266 LO  CAB, AC, RADIO, REAR VIEW CAMERA, 42" BUCKET, HYD THUMB, HYD COUPLER, PATTERN CONTROL CHANGER, REAR VIEW CAMERA, 2SPD, 10' STICK, HOUR METER READS: 5007, A/C BLOWING WARM AIR | | $47,000.00 | No Sale |
| 406481 | 615 | 2019 HYUNDAI HX220L HYDRAULIC EXCAVATOR SN: HHKH601CK0001247 CAB, AC, RADIO, REAR VIEW CAMERA, 48" BUCKET, HYD THUMB, HYD COUPLER, PATTERN CONTROL CHANGER, REAR VIEW CAMERA, 2SPD, 10 STICK, HOUR METER READS: 5144 | | $45,000.00 | No Sale |
| 406450 | 616 | 2015 HYUNDAI ROBEX 220LC-9 HYDRAULIC EXCAVATOR SN: HHKHZ610VF0000437 CAB, 42" BUCKET, AUX HYD, HYD COUPLER, PATTERN CONTROL CHANGER, REAR VIEW CAMERA, 2SPD, 9'7" STICK, HOUR METER READS: 9606 | | $24,000.00 | $22,440.00 |
| 406458 | 617 | 2019 KOMATSU PC210LC-11 HYDRAULIC EXCAVATOR SN: KMTPC257CKTC80788 CAB, AC, RADIO, REAR VIEW CAMERA, 42" BUCKET, HYD COUPLER, REAR VIEW CAMERA, 2SPD, 11' STICK, HOUR METER READS: 7114 | ✓ | $41,500.00 | $38,802.50 |
| 406501 | 618 | 2016 CASE CX210D HYDRAULIC EXCAVATOR SN: DAC210K7NGS7H1438 CAB, AC, RADIO, REAR VIEW CAMERA, 39" BUCKET, AUX HYD, HYD COUPLER, REAR VIEW CAMERA, 10 STICK, HOUR METER READS: 8366, 40" BUCKET, 32" PADS | | $25,000.00 | No Sale |
| 406462 | 619 | 2013 HYUNDAI ROBEX 210LC-9 HYDRAULIC EXCAVATOR SN: HHKHZ601600002055 CAB, AC, RADIO, 36" BUCKET, AUX HYD, HYD COUPLER, PATTERN CONTROL CHANGER, REAR VIEW CAMERA, 2SPD, POSSIBLE OIL OR HYDRAULIC OIL LEAKS ON ENGINE COMPARTMENT, FRONT GLASS BUSTED OUT, 10' STICK, HOUR METER READS: 11126 | | $17,000.00 | $15,895.00 |
| 406444 | 620 | 2015 HYUNDAI ROBEX 160LC-9A HYDRAULIC EXCAVATOR SN: HHKHZ505PD000002 CAB, AC, RADIO, REAR VIEW CAMERA, 36" BUCKET, HYD THUMB, HYD COUPLER, PATTERN CONTROL CHANGER, 2SPD, 9' STICK, HOUR METER READS: 8453 | | $27,000.00 | $25,245.00 |
| 406455 | 640 | 2020 BELL B30E ARTICULATED DUMP TRUCK SN: B93A331EA03009614 CAB, AC, RADIO, REAR VIEW CAMERA, TAILGATE, 23.5R25TIRES, HOUR METER READS: 4543, CAB DOOR LATCH STICKS MAKING IT DIFFICULT TO OPEN DOOR | | $124,000.00 | $115,940.00 |
| 406441 | 641 | 2019 BELL B30E ARTICULATED DUMP TRUCK SN: B93A631EH02109132 CAB, AC, RADIO, REAR VIEW CAMERA, 23.5R25TIRES, HOUR METER READS: 4589 | | $110,000.00 | $102,850.00 |
| 406460 | 642 | 2019 BELL B30E ARTICULATED DUMP TRUCK SN: B93A631EE02109133 CAB, AC, RADIO, REAR VIEW CAMERA, 23.5R25TIRES, HOUR METER READS: 5162, UNVERIFIED LEAK LEFT SIDE OF ENGINE COMPARTMENT | | $106,000.00 | $99,110.00 |
| 406470 | 643 | 2018 BELL B30E ARTICULATED DUMP TRUCK SN: B93A631EH02008480 CAB, AC, RADIO, REAR VIEW CAMERA, 23.5R25TIRES, HOUR METER READS: 4589, ***ACTIVE ALARM WHEN TRUCK IS RUNNING (SEE PICTURES FOR FAULT CODE)*** | | $108,000.00 | $100,980.00 |
| 406463 | 644 | 2016 BELL B30E ARTICULATED DUMP TRUCK SN: B93A631EL02007652 CAB, AC, RADIO, REAR VIEW CAMERA, 23.5R25TIRES, HOUR METER READS: 6020 | | $80,000.00 | $74,800.00 |
| 406471 | 645 | 2016 BELL B30E ARTICULATED DUMP TRUCK SN: B93A631EC02007680 CAB, AC, RADIO, REAR VIEW CAMERA, 23.5R25TIRES, HOUR METER READS: 6206, ***FAN RUNS BUT A/C NOT COOLING*** | | $85,000.00 | $79,475.00 |
| 406473 | 647 | CATERPILLAR 613C SCRAPER SN: 8LJ02733 ACCUMULATORS, CAB, 23.5R25TIRES, HOUR METER READS: 4852 | | $19,000.00 | $17,765.00 |
| 406492 | 649 | 2015 CHEVROLET SILVERADO CREW CAB 4X4 PICKUP VIN: 3GCUKREC9FG391852 8 CYL , GAS ENGINE, AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, LEATHER, BED LINER, RUNNING BOARDS, HEATED SEATS, AUTO WINDOWS/LOCKS, ODOMETER READS: 234398 | | $11,000.00 | $10,285.00 |
| 406494 | 650 | 2016 CHEVROLET COLORADO CREW CAB 4X4 PICKUP VIN: 1GCGTBE35G1326191 6 CYL , GAS ENGINE, AUTOMATIC TRANSMISSION, CRUISE, AC/HEAT, CLOTH INTERIOR, BED LINER, AUTO WINDOWS/LOCKS, ODOMETER READS: 251641 | | $6,500.00 | $6,077.50 |

**CONSIGNOR STATEMENT**

Commissions are calculated on a Percent of the Sale Price of EACH LOT
Commission Breakpoint Summary:

| Commission BreakPoint | | | Commission Rate |
|---|---|---|---|
| --- | to | --- | 6.500% |

52 Lots Sold

| | |
|---|---|
| Auction Gross: | $1,801,350.00 |
| Commission: | ($117,087.75) |

**Expenses**

| | |
|---|---|
| FINANCE CHARGE ON 7-31-2024 ADVANCE | ($3,164.38) |
| FINANCE CHARGE ON 8-1-2024 ADVANCE | ($3,020.55) |
| NC LIEN SEARCH FEES | ($175.00) |
| Total Expenses | ($6,359.93) |
| **Auction Net:** | **$1,677,902.32** |

**Payments**

| | |
|---|---|
| **Wire Transfer** (9/25/24)<br>CAROLINAS CONTRACTING | $482,150.66 |
| **Wire Transfer** (9/16/24)<br>REPAYMENT OF ADVANCE ON FUNDS | $500,000.00 |
| **Wire Transfer** (9/16/24)<br>REPAYMENT OF ADVANCE ON FUNDS | $500,000.00 |
| **Wire Transfer** (9/18/24)<br>KOMATSU FINANCIAL<br>PAYOFF FOR ASSETS 136.135.214.321.320 | $127,603.31 |
| **Check** #18470 (9/18/24)<br>JOHN DEERE FINANCIAL<br>LIEN PAYOFF CC319 | $8,021.90 |
| **Wire Transfer** (9/18/24)<br>MITSUBISHI HC CAP AMERICA<br>LIEN PAYOFF SN: SY0503BJ00638 | $23,661.45 |
| **Total Payments:** | **$1,641,437.32** |
| **Due to seller:** | **$36,465.00** |

ALL SELLER STATEMENTS ARE SUBJECT TO CHANGE AND ARE CONSIDERED PRELIMINARY UNTIL FINAL PAYMENT IS MADE TO CONSIGNOR.

20240822NC-CAROLICO-1

4/28/25  3:37PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Carolina's Contracting, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 32,083.50 |
    | Prior to the filing of this statement I have received | $ | 15,913.50 |
    | Balance held in Trust | $ | 16,170.00 |

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify)

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify)

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in adversary proceedings & other contested bankruptcy matters.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

April, 28, 2025

*Date*

/s/ Dirk W. Siegmund

**Dirk W. Siegmund 20796**
*Signature of Attorney*
**Ivey, McClellan, Siegmund, Brumbaugh & McDonough,
LLP**
**305 Blandwood Ave**
**Greensboro, NC 27401**
**336-274-4658  Fax: 336-274-4540**
*Name of law firm*

4/28/25 3:37PM

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Carolina's Contracting, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jay Kimo Sistrunk**<br>**104 Forest Glen Road**<br>**Mooresville, NC 28115** | | **50%** | |
| **Louis Keyo Matthews, Sr.**<br>**2688 Ebenezer Church Road**<br>**Camden, SC 29020** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member/Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 28, 2025**

Signature    **/s/ Louis Keyo Matthews, Sr.**

**Louis Keyo Matthews, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of North Carolina

In re   **Carolina's Contracting, LLC**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF LIST REQUIRED BY RULE 1007(a)

I, the Member/Manager of the corporation named as the debtor in this case, hereby verify that the attached list required by Rule 1007(a) of the Federal Rules of Bankruptcy Procedure is true and correct to the best of their knowledge.

Date:   **April 28, 2025**

**/s/ Louis Keyo Matthews, Sr.**

**Louis Keyo Matthews, Sr.**

Signature of Debtor

ADM Welding and Fabrication, LLC
37 Broadhead Street
Warren, PA 16365

Advanced Site environmental solutions
9815 Sam Furr Rd. STE JPMB #109
Huntersville, NC 28078

Airgas USA, LLC
PO Box 734672
Dallas, TX 75373-4672

Ally
P.O. Box 380902
Bloomington, MN 55438-0902

Argos USA, LLC
3015 Windward Plaza, Suite 300
Alpharetta, GA 30005

Ascendum Machinery, Inc.
1025 International Dr. NW
Concord, NC 28027

ASSN Company
P.O. Box 2576
Springfield, IL 62708

Attorney General of North Carolina
9001 Mail Service Center
Raleigh, NC 27699-9001

Attorney General of South Carolina
The Honorable Alan Wilson
P.O. Box 11549
Columbia, SC 29211

Attorney General of the United States
US Dept. of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530

B.P. Drainage Works, Inc.
7804 Commerce Drive
Denver, NC 28037

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441


Bank of West
475 Sansome St. 19th Fl
San Francisco, CA 94111


Beebe's Tire & Service, LLC
15551 Hwy 49 South
Concord, NC 28027


Big Rig Permit Services, LLC
P.O. Box 777
Cherryville, NC 28021-0777


Bird Dog Traffic Control, LLC
C/O Chesapeake Bank
P.O. Box 799
Gloucester, VA 23061


Blanchard Machinery Co.
P.O. Box 402197
Atlanta, GA 30384-2197


Blue Dot Readmix, LLC
P.O. Box 23027
Charlotte, NC 28227


Bowman Development
13815 Cinnabar Pl
Huntersville, NC 28078


BP Business Solutions
P.O. Box 1239
Covington, LA 70434


Bullington Construction, Inc.
164 American Drive
Oakboro, NC 28129


Byline Finance Group
2801 Lakeside Dr.
Deerfield, IL 60015

Cadence Petroleum Group
P.O. Box 601872
Charlotte, NC 28260


Cadence Petroleum Group
8210 University Executive Park Dr. #200
Charlotte, NC 28262


Capital Electric
P.O. Box 404749
Atlanta, GA 30384-4749


Capital Lighting & Supply, LLC
d/b/a Capital Electric
8711 Westphalia Road
Upper Marlboro, MD 20774


Carolina Drilling, Inc.
326 Railroad St.
Mocksville, NC 27028


Carolina Traffic Devices
130 SC-161
Clover, SC 29710


Carolina Underground Services, LLC
6009 Wolf Pond Road
Monroe, NC 28112


CCS Carolina Construction Supply, LLC
2655 Eden Terrace Rock Hill
Rock Hill, SC 29730


Certex
PO Box 201553
Dallas, TX 75320


Certex USA, LLC
1721 West Culver Street
Phoenix, AZ 85007


Charlotte Backflow
6370 Crayton Rd.
Mount Pleasant, NC 28124-9148

Charlotte Water
City of Charlotte Billing Center
PO Box 1316
Charlotte, NC 28210-1316


Cintas
6300 Harris Tech Blvd.
Charlotte, NC 28269


Cintas
PO Box 631025
Cincinnati, OH 45263-1025


Citco Water
P.O. Box 632059
Cincinnati, OH 45263


City of Charlotte
Billing Center
PO Box 1316
Charlotte, NC 28201-1316


City of Gastonia
Customer Service Division
PO Box 1748
Gastonia, NC 28053


City of York
PO Box 500
York, SC 29745


Colonial Oil Industries, Inc.
PO Box 744934
Atlanta, GA 30374-4934


Concrete Supply, LLC
PO Box 96757
Charlotte, NC 28296-0757


Controlled Rock Drilling and Blasting
1047 Olin Loop
Olin, NC 28660

Core & Main
1830 Craig Park Court
Saint Louis, MO 63146


Core & Main LP
PO Box 28330
Saint Louis, MO 63146


CoverPoiny Deveopment Group
P.O. Box 3965
Mooresville, NC 28117


Curb Line, Inc.
300 Gringley Kill Road
Fort Mill, SC 29708


Custom Hydraulics & Design
P.O. Box 1147
Cherryville, NC 28021


Daniel's Mobile Service, LLC
2709 Lawyers Rd. West
Indian Trail, NC 28079


DLL Financial
P.O. Box 6980
Wayne, PA 19087


Dunbar Geomatics Group, PLLC
PO Box 3053
Huntersville, NC 28070


Employment Security Commission
700 Wade Avenue
Raleigh, NC 27605


Equipment Share
PO Box 650429
Dallas, TX 75265-0429


Ferguson Waterworks
PO Box 100286
Atlanta, GA 30384-0286

Fixaton HVAC
301 S Jones Ave
Rock Hill, SC 29730


FNB Equipment Finance
P.O. Box 6021
Hermitage, PA 16148-1021


Fortline, Inc.
PO Box 744053
Atlanta, GA 30374


Fuelman
P.O. Box 1239
Covington, LA 70434


GM Financial
P.O. Box 183593
Arlington, TX 76096-3834


Guardway Corporation
P.O. Box 26656
Charlotte, NC 28221


Hale Trailer
PO Box 1400
Voorhees, NJ 08043


Hayes Pipe Supply
PO Box 101550
Nashville, TN 37224


Heavy Construction Service Specialist
13151 West Airport Blvd.
Sugar Land, TX 77478


Hills Machinery
PO Box 746132
Atlanta, GA 30374-6132


Home Trust Bank
17065 Nat Bynum Lane
Cornelius, NC 28031

Hoser, Inc.
1132 Curtis St.
Monroe, NC 28112


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346


J&L Holdings
P.O. Box 64
Southmont, NC 27351


James River Equipment
PO Box 745475
Atlanta, GA 30374-5475


John Deere Financial
6400 NW 86th Street
Johnston, IA 50131


K&W Laboratories
1121 Hwy 24/27 W
Midland, NC 28107


Kalamata Capital Group, LLC
7200 Wisconsin Ave. #500
Bethesda, MD 20814


Kale Construction Supply
370 East Plaza Drive
Mooresville, NC 28115


Kale Enterprises, Inc.
370 East Plaza Dr.
Mooresville, NC 28115


Kellee Sims, LLC
2603 Dayview Dr.
Atlanta, GA 30331


Key03 Holdings

Key03 Holdings
643 Winter Star Loop
Burnsville, NC 28714


Komatsu Financial
8770 W. Bryn Mawr Avenue Suite 100
Chicago, IL 60631


Kubota Credit
1000 Kubota Dr.
Grapevine, TX 76051


L.B. Foster Company
dba CXT
PO Box 676208
Dallas, TX 75267-6208


Libertas Funding, LLC
411 West Putnam Ave, Suite 220
Taftville, CT 06380


Linder Industrial Machinery
PO Box 7436637
Atlanta, GA 30374-3637


Louis Keyo Matthews, Sr.
2688 Ebenezer Church Road
Camden, SC 29020


Martin Marietta
P.O. Box 30013
Raleigh, NC 27622-0013


Martin Marietta Materials
PO Box 935043
Atlanta, GA 31193-5043


Melcar, Ltd
PO Box 271
Washington, NJ 07882


Mercados Dumpster
PO Box 786
Huntersville, NC 28070

Mid Atlantic Heavy Hauling, Inc.
6334 Topaz Lane
Iron Station, NC 28080


Mid-Atlantic Concrete Products, Inc.
2460 Armstrong Dr.
Winston Salem, NC 27103


Midland Equipment Finance
5403 Olympic Dr. NW, Ste. 200
Gig Harbor, WA 98335


Mike Oehler Trucking, Inc
12310 Jimmy Oehler Road
Charlotte, NC 28269


Mitisubishi Capital
1 Pierce Place, Suite 1000
Itasca, IL 60143


Mohawk Traffic Services
PO Box 886
Huntersville, NC 28070


National Equipment Dealers, LLC
PO Box 736976
Dallas, TX 75373-6976


Nationwide Testing Association, Inc.
109 Professional Park Dr. Ste.
Mooresville, NC 28117


NEF Titling Trust
40 Danbury Road
Wilton, CT 06897


NewTech Engineering, PLLC
2630 South Tryon St., Suite F
Charlotte, NC 28203


North Carolina Dept. of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

O'Reilly Auto Parts
P.O. Box 9464
Springfield, MO 65801-9464

Old Second Bank
Loan Servicing 2nd Florr NOE
37 S. River Street
Aurora, IL 60506

Patriot Concrete Pumps
PO Box 23027
Charlotte, NC 28227

Pedcor
770 3rd Avenue SW
Carmel, IN 46032

Piedmont Fastener Co.
812 South Main Street
Troutman, NC 28166

Pomona Supply Company
dba Pomona Pipe Products
4611 Dundas Dr.
Greensboro, NC 27407

Powerscreen Mid-Atlantic, Inc.
PO Box 2505
Kernersville, NC 27285-2505

Pumping & Shoring Solutions, Inc.
2801 Lippards Creek Lane
Lincolnton, NC 28092

Rangeline Tapping Service, Inc.
PO Box 210155 Royal
West Palm Beach, FL 33421

Raquel Raposo
5154 Armina Place
Fort Pierce, FL 34951

Reitzel Landscape Services, LLC
PO Box 708
Paw Creek, NC 28130-0708

Ricasha, Inc.
PO Box 1771
Robbinsville, NC 28771


Richard Abernathy Grading and Septic Inc
1491 Mt. Ula Hwy.
Mount Ulla, NC 28125


S&S Retaining Walls, Inc.
4107 Cahnnas Way
Waxhaw, NC 28173


SC Homes
8125-A Tower Point Drive
Charlotte, NC 28227


SLR Equipment Finance
40 Danbury Road
Wilton, CT 06897


South Carolina Department of Revenue
P.O. Box 125
Cranston, RI 02921-4000


Southeast Capital
5231 Green Rea Road
Charlotte, NC 28226


Southeast Geomatics Group, Inc.
PO Box 2431
Indian Trail, NC 28079


STAline Waterworks, Inc.
PO Box 242016
Charlotte, NC 28224


Sunbelt Rentals
PC#: 0056125 Raceway Dr.
Mooresville, NC 28117-6509


Sunstate Equipment Co.
PO Box 208439
Dallas, TX 75320-8439

The Ironpeddlers
3504 N Rocky River Rd.
Monroe, NC 28110

Town of Mooresville
PO Box 602113
Charlotte, NC 28260-2113

Town Troutman
PO Box 26
Troutman, NC 28166-0026

Tri-City Concrete, LLC
PO Box 241
Forest City, NC 28043

Trull Contracting, LLC
PO Box 379
Midland, NC 28107-4000

United Glass Service
1020 Pressley Rd.
Charlotte, NC 28217

United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

Vulcan Construction Materials, LLC
P.O. Box 101131
Atlanta, GA 30392-1131

Waste Away Now
5612 Lander Benton Rd.
Monroe, NC 28110

Waste Connections of North Carolina
Charlotte District 6111
PO Box 5352333
Pittsburgh, PA 15253

Wells Fargo
7500 Halcyon Point Drive
Montgomery, AL 36117

```
Williams Ready Mix Products, Inc.
2465 Old Charlotte Hwy.
Monroe, NC 28110-7366


Wilson Finley
P.O. Box 33549
Raleigh, NC 27636-3549
```

# United States Bankruptcy Court
## Middle District of North Carolina

In re    **Carolina's Contracting, LLC**

Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Carolina's Contracting, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2025**

Date

**/s/ Dirk W. Siegmund**

**Dirk W. Siegmund 20796**

Signature of Attorney or Litigant

Counsel for    **Carolina's Contracting, LLC**

**Ivey, McClellan, Siegmund, Brumbaugh & McDonough, LLP**
**305 Blandwood Ave**
**Greensboro, NC 27401**
**336-274-4658 Fax:336-274-4540**